UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Docket No.

3:17-CV-30078 MAP
JOHN J. SMITH JR.
Plaintiff

v.

CITY OF HOLYOKE ET. AL.
Defendants

## ATTORNEY FOR PLAINTIFF MOTION TO WITHDRAW WITH INFORMED CONSENT

NOW COMES counsel for the Plaintiff Attorney Robert Ferris with his motion to withdraw as attorney of record. Plaintiff's attorney Robert A. Ferris does hereby depose and state as follows today the 17th day of April, 2018:

1. I am Attorney Robert A. Ferris with a business address of 206 State St. Northampton, MA 01060 Suite #7.

2. I am licensed to practice law and in good standing in the Commonwealth of Massachusetts and also for the United States District Court, Massachusetts.

3. I am an attorney of record for Plaintiff John J. Smith Jr.

4. I have apprised the Plaintiff Mr. Smith of what it means to withdrawal as counsel and the consequences thereof.

5. As attorney of record I seek to withdraw for professional reasons and with consent of Plaintiff.

6. Upon conferencing with the Plaintiff I have received his consent to withdraw as attorney of record in the above entitled action are both in mutual concurrence.

7. The Plaintiff has signed below and initialed each paragraph indicating his assent to this motion on today's date, April 17th, 2018.

Dated: 4/17/2018

Respectfully submitted,

*[signature]*
Robert A. Ferris, BBO#695995
206 State St., Suite 7
Northampton, MA 01060
Voice: 413.695.4051
Fax: 413.647.0252

Plaintiff, in Concurrence

*[signature]*
John J. Smith Jr.

Dated: 4/17/2018

CERTIFICATE OF SERVICE

I, Robert A. Ferris, certify that I have served a copy of this motion upon by delivering it to opposing counsel via facsimile and first class mail postage prepaid.

*[signature]*
Robert A. Ferris
4/17/2018