John J. Smith Jr.
Docket #: 3:17-cv-30078
5/9/2018
413-693-8517
4 Bates St. Westfield, MA 01085

FILED
IN CLERKS OFFICE
2018 MAY -9 PM 2: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

To the Clerk of Courts in District of Massachusetts,

    My name is John J. Smith Jr. and I am writing to the court out of concern. I have attorneys Hector Pineiro and Jeanne Liddy on my case right now and I am honestly worried that they are intentionally neglecting my case. I feel that they are both trying to leave my case and drop me as their client for a reason that I do not know. I spoke to the court recently and I was told that no interrogatories have been given even though from what I know of the case they were due a long time ago. I also try to call Attorney Pineiro's office numerous times and I never receive phone calls in return and his secretary even says she has no idea what is going on. That is the only thing I hear from his office- they have no idea what is going on. The secretary will say "nobody called you"? and I say no, nobody called me. This has truthfully happened at least a dozen times. The same thing happens with Attorney Liddy, except one time reached her I think by mistake, and she said she is getting off the case and I asked why and she told me I should know why by now. I really have no idea what she means by this because I have never actually spoken to her except when we met six months ago. I have never done or said anything wrong to her.

    From what I have seen on the internet, it seems there are many other people with this same problem. Avvo.com has reviews that match my problems I am having right now. I have gone to other attorneys left and right seeking help but nobody wants to help half-way through a case and they really don't want to help when I still technically have two attorneys on it.

    I also was told by attorney pineiro that they would be able to settle out the case but how is that possible when he never even did the first step of the process and never submitted overdue interrogatories. I am worried about being left without an attorney…I got horrible beaten and every day I suffer from it in different ways. I don't have anywhere to turn because I have spoken to everyone and looked for help everywhere. I don't want to lose a case just because my attorneys are not working on it in favor of trying to withdraw for what reason I don't know.

    I also worry because Hector tells me that he just won a case against the city of Holyoke and didn't want to bring my case forward since he had just won that other case. Instead he said he just wanted to go after the state police but the state police are too difficult to work with and take too long so he no longer wants to be on my case. Even though I went to hector a year and a half ago before he won any lawsuit against Holyoke.

    At this time I don't want them to withdraw from the case but I also don't have anywhere to turn to, so the court told me to write a letter as a result. If there is any assistance or guidance this court can provide please do.

John J. Smith Jr.