UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 3:17-CV-30078-MAP

|  |  |
|---|---|
| JOHN J. SMITH<br>      Plaintiff<br><br>v.<br><br>CITY OF HOLYOKE,<br>OFFICERS JAMES PARNELL,<br>CRYSTAL MANZI,<br>SAMUEL DELVALLE AND MSP<br>TROOPER THIAGO O. MIRANDA<br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COUNSEL'S RESPONSE TO PLAINTIFF'S LETTER TO COURT [DOCUMENT 25]
AND CROSS MOTION REQUESTING LEAVE TO WITHDRAW**
[Local Rule 83.5.2 (c)(2), (d)]

NOW COMES Jeanne A. Liddy, Esq., co-counsel for the plaintiff, and responds to the letter filed by Plaintiff John J. Smith [Document # 25]. In addition and as per Local Rule 83.5.2 (c) she and his co-counsel request leave of this Honorable Court to withdraw as attorneys for the plaintiff in this matter due to irreconcilable differences.  As reason therefore she states that despite good faith efforts she, co-counsel and her client have been unable to resolve their differences and that in his opinion these differences preclude continuation of the representation.

Counsel has advised the plaintiff of her intent to file this motion, has served him with a true copy thereof by mail as set forth in the attached Certificate of Service, and has further advised him of the procedure for disposition of the motion under Local Rule 83.5.2 (d).  At this time no appearance of successor counsel has been filed nor, so far as the undersigned counsel is aware, has any successor counsel has been retained.

1

Although discovery in this case has not been completed plaintiff has mailed request for production of documents and interrogatories to all Defendants' and is expecting answers from those parties. Furthermore, Plaintiff has answered all interrogatories on behalf of the plaintiff and responses to request for production of documents.  At this time the case has not been scheduled for trial and Counsel will ask the Court for a reasonable to allow Plaintiff to obtain substitute counsel.

Should the Court require specific information regarding the differences that counsel believes precludes her continued representation of the plaintiff, counsel requests leave pursuant to Local Rule 7.2 to submit such information as an impounded document, not to be served upon or viewed by counsel for any other party and to be destroyed at the conclusion of the action, to be heard by the Court *in camera,* in the presence of the plaintiff and with opportunity for the plaintiff to be heard.

        Respectfully submitted,

        */s/ Jeanne A. Liddy*
        Jeanne A. Liddy, Esq. BBO# 646478
        Law Office of Jeanne A. Liddy
        1380 Main Street, Suite #404
        Springfield, MA 01103
        (413) 781-7096
        (413) 391-5793 (fax)
        liddylaw2005@yahoo.com

DATED: May 21, 2018

CERTIFICATE OF SERVICE

I, Jeanne A. Liddy, certify that I filed the within document via the electronic filing system of the Court on this May 21, 2018, and thereby served the same on all registered participants, and I further certify that I have this date or prior thereto served the same upon the plaintiff by first class mail, postage prepaid.

/s/ *Jeanne A. Liddy*
Jeanne A. Liddy

Certification pursuant to Rule 7.1

I, Jeanne A. Liddy, Esq., certify that I consulted on May 21, 2018, with the Plaintiff John J. Smith, Jr., of my response to his motion and advised him that the Court will scheduled a hearing on his letter to the court and on my response to his letter to the court and on my cross motion to withdraw.

/s/ *Jeanne A. Liddy*
Jeanne A. Liddy