FILED
IN CLERK'S OFFICE
2018 JUN -7 PM 1: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

John Smith
June 7th, 2018
US District Court
Massachusetts Division
Springfield, MA

**Re: <u>John J. Smith Jr. v. City of Holyoke, et al</u>**
    U.S.D.C., C.A. no. 3:17-cv-30078-MAP

Clerks office:

    I am writing in response to my counsel's motion to withdraw. In her motion, counsel requests an *in camera* hearing on this matter. I would like to officially request that hearing be held at the earliest possible date for Ms. Liddy and Mr. Pineiro and myself. I am doing this because I have never spoken to Ms. Liddy, my counsel before. I have only ever spoken to Mr. Pineiro, but Ms. Liddy was present sometmes but I never conversed with her only Mr. Piniero. I never had any return phone calls or e-mails or text or any correspondence from her in a year and a half whatsoever (except to withdraw recently). I understand now she wishes to withdraw for irreconcilable differences. I cannot even imagine what I have done that would cause "irreconcilable differences" if we have never even spoken to begin with. From my understanding, she wanted to be on my case and I thought having another attorney would be great, especially to ensure continued representation throughout the course of this case; a case I knew would take a long time and even prove difficult. Considering that this was the very reason I thought her representation would be good, and that she expressed great interest in representing me, and we have gotten this far, and I have never actually spoken to Ms. Liddy; I do not agree nor consent to this motion in any way. I therefore request that we be heard on this matter. I actually don't feel there is anything necessary to be impounded or hidden from the court so it is up to this court to decide whether this hearing should be conducted in camera or not. Lastly, from what I know, no successor counsel has been assigned nor has any attempt been made to do this. I would request that if Ms. Liddy's motion is allowed, that I be granted successor counsel before a motion like that be allowed.

Signed under the pains and penalties of Perjury this 7th day of June, 2018.

*[signature]*
John Smith Jr.

(31)