EXHIBIT 2 MANZI DEPOSITION

Pages:10-12, 13-17, 24, 26, 27, 29, 31-34, 36-37

```
                                    Pages 1-76
                                    Exhibits 1-4
_____

          UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS

                                    NO. 3:17-CV-30078


JOHN J. SMITH, JR.,
                Plaintiff,

v.

CITY OF HOLYOKE OFFICERS JAMES
PARNELL, CRYSTAL MANZI, SAMUEL
DELVALLE AND MSP TROOPER
THIAGO O. MIRANDA,
                Defendants.

_____



          DEPOSITION OF CRYSTAL MANZI
          TAKEN NOVEMBER 15, 2018
          AT THE LAW OFFICES OF
             KOTFILA & JORDAN
       ONE MONARCH PLACE, SUITE 1340
         SPRINGFIELD, MASSACHUSETTS



Reporter:   Raymond F. Catuogno, Jr.
```

```
 1       A.      Yes.
 2       Q.      How did that happen?
 3       A.      He was walking out of one of the
 4  buildings and me and my partner wanted to speak
 5  to him.
 6       Q.      Now, who was your partner that day?
 7       A.      Officer Jabet Lopez.  He's now
 8  Detective Jabet Lopez.
 9       Q.      He's no longer your partner?
10       A.      Correct.
11       Q.      At the time of this incident, how
12  long had you and Officer Lopez been partner
13  force?
14       A.      We don't have permanent partners.
15       Q.      Okay.  Did he happen to be assigned
16  with you that day?
17       A.      Yes.
18       Q.      Was it common back in 2014 for you
19  to be assigned with Officer Lopez?
20       A.      On occasion.
21       Q.      Can you tell me approximately how
22  many times you and Officer Lopez had been
23  assigned prior to the incident with John Smith?
24       A.      Maybe ten times.
```

```
 1      Q.    And you were both patrol officers
 2 on that day?
 3      A.    Yes.
 4      Q.    You said that you saw Mr. Smith
 5 walking out of a building.  Do you recall where
 6 that was?
 7      A.    173 Elm.
 8      Q.    Is that in Holyoke?
 9      A.    Correct.
10            MR. KITTREDGE:  I'm sorry,
11      173 -- what street?
12            THE WITNESS:  Elm Street.
13      Q.    (By Mr. Kotfila)  At the time you
14 noticed Mr. Smith, were you in the cruiser?
15      A.    Yes.  I don't remember.
16      Q.    Do you recall who was driving the
17 cruiser that day?
18      A.    Yes.
19      Q.    Who was it?
20      A.    Officer Lopez.
21      Q.    Was it a marked cruiser?
22      A.    I don't remember.
23      Q.    What can you tell me, Officer
24 Manzi, about the area where the building at 173
```

```
 1  Elm Street is located?
 2       A.    It's on a one-way street.  It's one
 3  of our high gang/drug blocks.  There are lots of
 4  narcotics that come in and out of the building
 5  and the surrounding buildings around it.
 6       Q.    Is that why you were in that area
 7  at that time?
 8       A.    Yes.
 9       Q.    Do you recall what time of day you
10  first encountered or first observed Mr. Smith?
11       A.    I don't remember.  It was in the
12  early evening.
13       Q.    Would reviewing your narrative
14  report help you?
15       A.    Yes.
16       Q.    And then I would ask that you do
17  that if that would help refresh your
18  recollection.
19       A.    Around 6:00, 6:15 p.m.
20       Q.    And this was in June, was it not?
21       A.    It was.
22       Q.    Do you recall if it was still light
23  out at that time?
24       A.    It was.
```

```
 1      Q.      Do you recall the weather that day?
 2      A.      I don't.
 3      Q.      Do you have any memory if it was
 4  raining out?
 5      A.      It was not raining, no.
 6      Q.      Prior to that day, was Mr. Smith
 7  known to you?
 8      A.      No.
 9      Q.      Prior to that day, had you had any
10  dealings with him?
11      A.      No.
12      Q.      Can you tell me what you remember
13  when you first observed Mr. Smith, what he was
14  doing, where he was going?
15      A.      He was walking out of 173 Elm
16  Street and heading to his car.
17      Q.      Do you recall what he was wearing?
18      A.      I don't.
19      Q.      Can you recall anything about his
20  physical appearance, for instance, about how old
21  he appeared?
22      A.      He appeared in his fifties.  He had
23  a beard, an older gentleman.
24      Q.      When you first observed him, do you
```

```
 1  recall if you were inside or outside the
 2  cruiser?
 3       A.    I don't remember.
 4       Q.    Was he carrying anything?
 5       A.    I don't think so.
 6       Q.    Was he acting suspiciously?
 7             MR. KITTREDGE:  Objection.
 8       A.    Yes.
 9       Q.    Why do you say that?
10       A.    By the way he was walking.
11       Q.    What do you mean, by the way he was
12  walking?
13       A.    He was walking very fast.  It
14  appeared as if he was trying to avoid us, I
15  guess.
16       Q.    Where was Officer Lopez standing
17  relative to you when you first observed
18  Mr. Smith?
19       A.    We observed him together.  He was
20  standing next to me.
21       Q.    Did you have any discussions with
22  Officer Lopez at that time about Mr. Smith?
23       A.    No.
24       Q.    What did you observe next?
```

```
 1       A.      Officer Lopez asked, how are you
 2  doing, what are you doing at this building.
 3       Q.      Did Mr. Smith say anything to
 4  Officer Lopez?
 5       A.      He did.  I don't remember his exact
 6  wording though.
 7       Q.      Elm Street is a one-way street?
 8       A.      Correct.
 9       Q.      If I gave you a piece of paper,
10  could you diagram Elm Street?
11       A.      Yes.
12       Q.      Could you just put, Officer Manzi,
13  your initials and today's date?
14       A.      (Witness complying)
15       Q.      You have indicated with an arrow
16  that Elm Street is a one-way street?
17       A.      Yes.
18       Q.      In what direction is it one way?
19       A.      It goes south.
20       Q.      Can you put on the diagram where
21  your cruiser was parked at the time that you
22  observed Mr. Smith?
23       A.      (Witness indicating)
24       Q.      Is that a "C" in the vehicle?
```

1       A.      For cruiser.
2       Q.      Thank you.  And can you diagram
3  where Mr. Smith's car was parked?
4       A.      (Witness indicating)
5       Q.      Thank you.
6               How many lanes of travel is Elm
7  treatment?  Is it one or two?
8       A.      One.
9       Q.      Can you also now note on your
10 diagram, Officer Manzi, where you first noticed
11 Mr. Smith, where he was when you first noticed
12 him?
13      A.      (Witness indicating)
14      Q.      Could you just put an "S" next to
15 his name?
16      A.      (Witness indicating)
17      Q.      And Mr. Smith then walked past you
18 towards his car?
19      A.      Correct.
20      Q.      Was there any type of sting
21 operation going on by the Holyoke police that
22 day in regards to 173 Elm Street?
23      A.      Not that I'm aware of, no.
24      Q.      Do you know how long Mr. Smith had

```
 1  been in the building?
 2      A.      I do not.
 3      Q.      What did you observe next relative
 4  to where Mr. Smith went?
 5      A.      When my partner tried to speak to
 6  him, I don't know his exact wording, but he just
 7  ignored him and got into his car.
 8      Q.      What did Mr. Smith next do once he
 9  got into his car?
10      A.      He backed up the one-way.  He put
11  his car in reverse and backed up the wrong way.
12      Q.      Could you put an arrow in the
13  direction that he went in reverse?
14      A.      (Witness indicating)
15      Q.      And in terms of the area, Officer
16  Manzi, what street does Elm run into?
17      A.      Suffolk.
18      Q.      Could you just write in Suffolk
19  Street?  Thank you.
20      A.      (Witness indicating)
21      Q.      Is Suffolk a two-way street?
22      A.      Yes.
23      Q.      And is Appleton a two-way street?
24      A.      Yes.
```

Case 3:17-cv-30078-FDS   Document 67-2   Filed 07/09/19   Page 11 of 20
Crystal Manzi                                           11/15/2018
24

1      A.    Yes.

2      Q.    Prior to the pursuit ending up on
3  91 north, at any point did Officer Parnell
4  approach Mr. Smith's vehicle on foot?

5      A.    Yes.

6      Q.    Where did that happen?

7      A.    We were on Pleasant Street at the
8  intersection of Hampden at the lights.

9      Q.    And what happened when you were at
10 the intersection at that time?

11     A.    Mr. Smith stopped and Officer
12 Parnell got out of his vehicle to try to go over
13 and speak to him, and then Mr. Smith proceeded
14 and tried to swerve to hit Officer Parnell.

15     MR. EMMA:  What intersection
16 is that again, please?

17     THE WITNESS:  Pleasant and
18 Hampden.

19     MR. EMMA:  Thank you.

20     Q.    (By Mr. Kotfila)  And where was
21 your cruiser at the time?

22     A.    Right behind Officer Parnell's.

23     Q.    Pleasant Street, is that also known
24 as Northampton Street?

Springfield       REAL TIME COURT REPORTING       Worcester
413.732.1157   schedule@realtimereporting.net   508.767.1157

```
 1        A.      Officer Parnell at one point -- I'm
 2   not sure if one went in front of him.
 3        Q.      Do you know how many police
 4   cruisers were between your cruiser and Mr. Smith
 5   while you were on 91 north?
 6        A.      I don't know, maybe four.
 7        Q.      At any point during the pursuit on
 8   91 north, did Mr. Smith take any aggressive
 9   driving actions towards either your cruiser or
10   any other police cruisers?
11        A.      Could you repeat that?
12        Q.      Yes.  At any time while the pursuit
13   was on 91 north, do you recall Mr. Smith taking
14   any aggressive actions in his car towards either
15   your cruiser or any other cruisers?
16        A.      Not that I recall.
17        Q.      Do you recall him trying to
18   intentionally hit any other cruisers on 91
19   north?
20                MR. KITTREDGE:  Objection.
21        A.      On 91, not that I recall.
22        Q.      How about -- at any time during the
23   pursuit, do you recall him at any time trying to
24   hit any cruisers involved in the pursuit?
```

```
 1         A.    While we were entering 91.
 2         Q.    What do you recall as you were
 3   entering 91?
 4         A.    Officer -- I believe it was
 5   Padilla -- was trying to go on to his left side
 6   and Mr. Smith swerved to his left to try to hit
 7   Officer Padilla.
 8         Q.    And do you recall that being on or
 9   around the intersection of Hampden and
10   Northampton Street?
11         A.    It was right after, where you get
12   on to 91.
13         Q.    Did Smith's vehicle actually make
14   contact with the cruiser at that point?
15         A.    No.
16         Q.    And you did note that in your
17   report, did you not?
18         A.    Yes.
19         Q.    What happened, Officer Manzi, once
20   the pursuit gets onto 91 north?
21         A.    We just got off 91, went into
22   Easthampton, Northampton on Route 5, and
23   Westfield.
24         Q.    At some point Westfield Police
```

1     Q.    Do you know, at the time the
2 pursuit came to a stop, how many police agencies
3 were involved?
4     A.    Three, maybe.
5     Q.    Which agencies were those?
6     A.    Holyoke, Westfield, and State
7 Police.
8     Q.    Massachusetts State Police?
9     A.    Yes.
10    Q.    Were there cruisers from all three
11 agencies involved in the pursuit?
12    A.    Yes.
13    Q.    When that was happening, when the
14 three agencies, you have different cruisers from
15 all three agencies involved, are you able to
16 communicate with the cruisers from the Mass.
17 State Police and Westfield?
18    A.    No.
19    Q.    So as an officer with Holyoke, you
20 can only communicate with other Holyoke
21 cruisers?
22    A.    Correct.
23    Q.    Do you know -- is that the same for
24 the State Police and the Westfield Police

```
 1  dispatch -- strike that.
 2          Do you recall hearing, Officer
 3  Manzi, over the dispatch that Mr. Smith's
 4  vehicle tried to run over one of the Holyoke
 5  police officers?
 6      A.  I don't recall.
 7      Q.  Do you recall hearing over the
 8  dispatch if Mr. Smith's vehicle had tried to
 9  take out one of the Holyoke cruisers?
10      A.  Yes.
11      Q.  Do you know who called in that
12  Smith's vehicle tried to take out one of the
13  cruisers?
14      A.  I don't know.
15      Q.  Do you recall how many minutes the
16  pursuit lasted?
17      A.  I don't know.
18      Q.  At any time during the pursuit did
19  you consider discontinuing it?
20      A.  No.
21      Q.  Why not?
22          MR. KITTREDGE:  Objection.
23          MR. JOYCE:  Objection.
24      A.  It was not my pursuit anymore to
```

```
 1  discontinue.
 2        Q.    Whose pursuit was it?
 3        A.    It usually goes to the street
 4  supervisor.
 5        Q.    The street supervisor?
 6        A.    Yes.
 7        Q.    Was there a street supervisor
 8  actively involved in the pursuit at that time?
 9        A.    There was a lot of supervisors.
10        Q.    Do you know what supervisor was in
11  charge of the operation?
12        A.    I don't.
13        Q.    And I know you testified before you
14  were not familiar with the pursuit policy, so
15  you would not know what the pursuit policy
16  requires in terms of discontinuing a pursuit, do
17  you?
18        A.    I do not know.
19        Q.    Once Mr. Smith's vehicle comes to a
20  stop, what did you do next?
21        A.    I walked over to the back of his
22  vehicle and pretty much stood there while other
23  officers were getting him out of the vehicle.
24        Q.    And can you tell me what you
```

```
 1  remember observing in terms of the other
 2  officers getting him out of the vehicle?
 3       A.    State Trooper smashed his window.
 4       Q.    Do you remember officers physically
 5  removing Mr. Smith from the vehicle?
 6       A.    Yes.
 7       Q.    Were you involved in that?
 8       A.    No.
 9       Q.    What do you recall seeing?
10       A.    They grabbed him out of the vehicle
11  and put him on the ground away from the vehicle
12  to handcuff him.
13       Q.    Do you recall how many officers
14  were involved in that action?
15       A.    I'm not sure.  Maybe four or five.
16       Q.    Do you recall if any of the
17  officers had their guns drawn at that point?
18       A.    I don't know.
19       Q.    Do you remember if there was a
20  police dog involved in that operation?
21       A.    I don't know.
22       Q.    Once Smith is on the ground, what
23  did you do?
24       A.    I took out my Taser and took out
```

```
 1  the prongs to dry stun him because he would not
 2  put his hands behind his back so we could
 3  handcuff him.
 4       Q.   What was Smith doing at that time?
 5       A.   He was laying on his hands.
 6       Q.   Were you speaking to Smith at that
 7  time?
 8       A.   Yes.
 9       Q.   What were you telling him?
10       A.   To put his hands behind his back.
11       Q.   Was he speaking back to you at all?
12       A.   No.
13       Q.   Other than you, other than
14  yourself, Officer, were any of the other
15  officers or troopers giving Smith any commands
16  at that point?
17       A.   I don't know.
18       Q.   Now, you said at some point you
19  deployed your Taser?
20       A.   I took the prongs off to drive stun
21  him.
22       Q.   And could you describe to me -- in
23  terms of the Taser, there is two ways to
24  administer it?
```

```
 1      Q.      You said it's for pain
 2  manipulation, but what effect does the drive
 3  stun have?  What does it do?
 4              MR. JOYCE:  Objection.
 5              MR. KITTREDGE:  Objection.
 6      A.      It hurts.  So if someone is not
 7  going to give you their hands, if they're laying
 8  on their hands, and you put that on their back,
 9  they're going to give you their hands usually
10  because it's pain.
11      Q.      And had you -- prior to drive
12  stunning, did you actually deploy the Taser on
13  him?
14      A.      No.
15      Q.      At any time during the incident,
16  did you deploy the Taser on him?
17      A.      No.
18      Q.      What happened when you drive
19  stunned him the first time?
20      A.      Nothing.  He still was not giving
21  me his hands.
22      Q.      And what happened the second time
23  you drive stunned him?
24      A.      He still was not giving me his
```

```
 1   hands.
 2        Q.    At some point did he give you his
 3   hands?
 4        A.    Yes.
 5        Q.    When did that happen?
 6        A.    Maybe after the third or fourth
 7   time.
 8        Q.    That you drive stunned him?
 9        A.    Correct.
10        Q.    Do you recall how many times you
11   drive stunned him in whole?
12        A.    I don't know.
13        Q.    But you think it was at least four?
14        A.    I don't remember it being that
15   much, but they have to download it.  And I think
16   that's what he said.
17        Q.    When you say that is what he said,
18   who do you mean?
19        A.    Officer Somers has to download it
20   to know what we did and how many seconds.
21        Q.    So the results from your Taser are
22   recorded?
23        A.    Correct.
24        Q.    And you recall the officer saying
```