EXHIBIT 3 SMITH DEPOSITION

Pages: 42, 43, 48, 75-78, 90-93, 106, 108, 110-113 164-166

COMMONWEALTH OF MASSACHUSETTS

FOR THE DISTRICT OF MASSACHUSETTS

C.A.No.: 3:17-cv-00072(RNC)


JOHN J. SMITH, JR.
        PLAINTIFF

vs.


CITY OF HOLYOKE, OFFICERS
        DEFENDANTS




----------------------------------------------------
        DEPOSITION OF:  JOHN J. SMITH, JR.
----------------------------------------------------




        Taken before Roxanne C. Costigan,
Certified Merit Reporter, Notary Public, pursuant to
Rule 30 of the Massachusetts Rules of Civil
Procedure, at the law offices of ACCURATE COURT
REPORTING, INC., 1500 Main Street, Suite 222,
Springfield, MA, on November 16, 2018.




                Roxanne C. Costigan
             Certified Merit Reporter

```
 1          A.       Yes, blocking that street because --

 2          Q.       Blocking the street?

 3          A.       Yes, the wrong way, drove up one way the

 4     wrong way, and you back a dog in corner and hit them

 5     in a bedroom, what's he going to do?  He's going to

 6     bite the living heck out of you or get the heck away

 7     from you.  I just got out of there.  Jumped to my car,

 8     put it in reverse, and got out of there.

 9          Q.       Did you see this Officer Manzi get out of

10     the police cruiser?

11          A.       Yes, I did.  Yes.

12          Q.       She came out of the passenger side?

13          A.       Yes, she did.

14          Q.       And at this point in time, that other

15     officer, the first officer wasn't around?

16          A.       No, he wasn't around.

17          Q.       So, did Officer Manzi tell you to stop?

18          A.       Never mentioned anything.  The only thing

19     she said to me was what a rogue person would do, what

20     somebody that was trying to kill you, rob you or cause

21     you harm would do, that's all she did.  She did not

22     act in her official capacity as a Holyoke Police

23     Officer.  She acted as some punk on the street that

24     was going to rob you or kill you.  That's how she
```

1  acted.

2       Q.      So, notwithstanding what Officer Manzi

3  did, you just got in your vehicle, correct?

4       A.      Yes.

5       Q.      Then what did you do?

6       A.      I floored it, backed up that street.

7  Probably the next street, two-way street, when I got

8  there, put it in drive.  Then I looked to my left, and

9  there's another officer standing there, over the hood

10  of the car, standing on the sidewalk, another car with

11  black car, and he didn't have his service revolver.

12  He had a Clint Eastwood revolver.  If you remember

13  Clint Eastwood, you remember whatever revolver he had

14  in his damn hand, it had a barrel on it like that.

15  That ain't a cop gun.  I said, I got to get me out of

16  there.  Put my head down, punched that car.  They were

17  behind me, never anywhere else but behind me.

18       Q.      A Clint Eastwood Dirty Harry --

19       A.      Yeah.  Yeah.  No.  No.  No.

20               ATTORNEY KOTFILA:  Hold on, John.

21               THE WITNESS:  A .44 Magnum, Clint

22     Eastwood gun.

23       Q.      (By Attorney Emma)  A .44 Magnum?

24       A.      This is the most powerful handgun in the

John J. Smith, Jr.
November 16, 2018                                                          **48**

1    everybody to chase you.

2                         ATTORNEY KOTFILA:  All right.  Just

3          answer.  No commentary.

4                         THE WITNESS:  No, I did not.  No.

5          No one was ever around me.  They were behind

6          me.

7          Q.     (By Attorney Emma)  Did you drive your

8    car through a stop sign without stopping?

9          A.     I certainly did, yes.  I paid the fines,

10   paid all the tickets, lost my license, paid it back,

11   got my license back.

12         Q.     Bear with me one second, sir.

13         A.     I bought this coat at Wilson's over here.

14         Q.     Sir, we are on the record still.  You

15   were charged with a number of crimes arising out of

16   these incidents of June 25, 2014, correct?

17         A.     Yes, I was.

18         Q.     You were indicted for driving to

19   endanger?

20         A.     Sure.  Mm-hmm.

21         Q.     You pled guilty to that charge?

22         A.     No.  I pled guilty to reckless operation

23   of a motor vehicle, $20 fine, go over the line three

24   times, you get the same charge, for a $20 fine, loss

John J. Smith, Jr.
November 16, 2018                                                    **75**

```
 1          Q.      And you were being followed by Holyoke

 2   police cruisers as you drove through the streets of

 3   Holyoke, right?

 4          A.      No.  Couldn't see them.  No.  I knew they

 5   were there because I could hear them, but they could

 6   not be seen.  They were nowhere anywhere around me.

 7   They were maybe five, six blocks away.

 8          Q.      But you --

 9          A.      No one was --

10          Q.      You would hear them?

11          A.      Yes.

12          Q.      You heard sirens?

13          A.      Yes.

14          Q.      Let me finish my question, Mr. Smith.

15          A.      Sorry.  Yes.

16          Q.      Okay?

17          A.      Yes, sir.

18          Q.      You heard their sirens?

19          A.      Yes.

20          Q.      But you did not see any police cruisers

21   behind your vehicle as you drove through the streets

22   of Holyoke?

23          A.      No.  No.  No.

24          Q.      You didn't see any flashing lights?
```

John J. Smith, Jr.
November 16, 2018

1    A.    Nope.  No.  Nope.

2    Q.    So, you drive out of Holyoke?

3    A.    Yes.

4    Q.    Got your car up on to 91 North?

5    A.    Yes.  Yes.

6    Q.    When you entered 91 North, did you notice
7    any police cruisers following you?

8    A.    Maybe miles back, and I looked -- I think
9    at one time, I never looked back.  You never look
10   back.  I looked back in the mirror.  I love my car.  I
11   don't want to smash my car.  I looked back, this in
12   the mirror, and yes, somewhere back there, they were,
13   yes.

14   Q.    How many?

15   A.    I couldn't tell you.

16   Q.    More than one?

17   A.    Couldn't tell you.  Couldn't tell you.

18   Q.    But you saw at least one police cruiser?

19   A.    I seen flashing lights.  I looked in a
20   split second and saw lights back there.

21   Q.    How far back was way back?

22   A.    Probably a mile or more.

23   Q.    Didn't get any closer to you?

24   A.    No.  They never came close until they --

**John J. Smith, Jr.**
**November 16, 2018**                                                                77

```
 1    until the end.
 2         Q.      All right.  So, you drove 91 North to, I
 3    think, the first Northampton exit, correct?
 4         A.      Exit 18, yes.
 5         Q.      And you got off the Exit 18?
 6         A.      Yes.
 7         Q.      When you were on the exit ramp, were any
 8    police cruisers following you?
 9         A.      At that time, no.  Nope.
10         Q.      You didn't see any police cruisers in
11    your rearview mirror when you were on the Exit 18
12    ramp?
13         A.      No, sir.
14         Q.      When you came to the end of the ramp at
15    Exit 18, you took a right on to Route 5, correct?
16         A.      Yes, sir.
17         Q.      All right.
18         A.      Yes, sir.
19         Q.      And then you proceeded back towards
20    Holyoke?
21         A.      Yes, sir.
22         Q.      Right?
23         A.      Yes, sir.
24         Q.      You were on Route 5?
```

1        A.      Yes, sir.

2        Q.      You were heading generally south,

3   correct?

4        A.      Yes, sir.

5        Q.      All right.  And as you were traveling

6   along Route 5 south, at this time, did you notice any

7   police cruisers behind your vehicle?

8        A.      Maybe a couple of miles back, yes.

9        Q.      Couple miles back?

10       A.      Yes.

11       Q.      All right.  Were you throwing anything

12   out the window of your vehicle when you were on 91?

13       A.      Chain smoking cigarettes, yes, one right

14   after the other.

15       Q.      Did you make any cell phone calls --

16       A.      No.  No.

17       Q.      Did you make any cell phone calls while

18   you were on 91?

19       A.      No, sir.

20       Q.      Did you make any cell phone calls from

21   the time you left your parking spot in Holyoke up to

22   the time you got onto 91?

23       A.      No, sir.

24       Q.      Did you make any cell phone calls while

1       A.      Yup.

2       Q.      You gunned it?

3       A.      Not gunned it, but I got out of there.

4       Q.      Okay.  And you went along, you went up on

5  Route 202 heading essentially west?

6       A.      To Westfield.

7       Q.      Towards Westfield?

8       A.      Yup.

9       Q.      All right.  Tell us what happened next.

10      A.      What happened next?  Well, I got down --

11  that's when I called my mother.  I got down to the

12  bottom of the hill, and I looked and there was nobody

13  behind me at all.

14      Q.      You saw no lights?

15      A.      Not a single, nothing behind me at all.

16  And when I got to Westfield, when I got to where you

17  got to turn and get on to Southampton Road, you could

18  see they were waiting there, all with stop sticks.  I

19  wanted it to end.  So, I let the guy throw the stop

20  sticks and I ran over them, and then --

21      Q.      All right.  So, where were the stop

22  sticks thrown?  Were they on the --

23      A.      They were --

24      Q.      Were they on 202 or were they on Route

John J. Smith, Jr.
November 16, 2018                                                    **91**

```
1    10?

2         A.      202 and 10 is what it is.  It was 202 and

3    10 is right there.

4         Q.      There is an intersection of Route 202 and

5    10?

6         A.      Okay.  Where the island is, traffic flows

7    there, the traffic, they are on 202 at the bottom of

8    the island, not at the top where the light is, and

9    through them, there is a --

10        Q.      There is a light at the intersection of

11   202 and 10, right?

12        A.      Yup.

13        Q.      Now, 202 runs generally east/west, does

14   it not?

15        A.      Yes, sir.

16        Q.      And 202 is the road that runs generally

17   from Holyoke into Westfield, right?

18        A.      Generally, yes.

19        Q.      And you were traveling along that road?

20        A.      Yes, sir.

21        Q.      You were approaching the intersection of

22   202 and 10, right?

23        A.      Yes.

24        Q.      10 runs generally north/south?
```

John J. Smith, Jr.
November 16, 2018                                                    **92**

1       A.      To Holyoke -- I mean, to Easthampton and

2    Westfield, yes.

3       Q.      Correct?  And you were intending to

4    turn --

5       A.      Left and go home.

6       Q.      -- left?

7       A.      Yes.

8       Q.      And there's a light there --

9       A.      Yes.

10      Q.      -- at that intersection?  So, you were

11   intending to turn left onto Route 10?

12      A.      Yup.

13      Q.      To head south?

14      A.      Yes.

15      Q.      Did you in fact make that left-hand turn?

16      A.      I did, after my tires were flattened,

17   yes.

18      Q.      So, you hit the stop sticks before you

19   took the left-hand turn?

20      A.      Yes, I did.

21      Q.      How far before that intersection did you

22   hit the stop sticks?

23      A.      Probably about sixty feet, about sixty

24   feet from where the sticks hit my car to where the

**John J. Smith, Jr.**
**November 16, 2018**                                                  **93**

1   stop light is, and I continued through the light and

2   let the car stop.

3           Q.      What was the speed of your vehicle when

4   you struck the stop sticks?

5           A.      Probably about twenty, thirty miles an

6   hour.

7           Q.      Did you suffer any injury as a result of

8   hitting those stop sticks?

9           A.      No.   No.

10          Q.      Your car didn't stop suddenly, did it?

11          A.      It took a minute for those tires to

12  flatten, the cheap tires that were on there.   Boy, I'm

13  not going to buy another set of those.

14          Q.      Your car ultimately came to a stop and

15  stopped gradually?

16          A.      It ultimately came to a stop right after

17  the Cumberland Farms, probably about three, 400 feet

18  from where the sticks hit.

19          Q.      Now, from the time you hit the stop

20  sticks, backing up to when you got in your car at

21  Holyoke?

22          A.      Yes.

23          Q.      About how long in time had elapsed?

24          A.      Probably about forty-five minutes.

John J. Smith, Jr.
November 16, 2018

```
1         A.      Immediately afterwards.

2         Q.      Pretty much simultaneous, wasn't it?

3         A.      Simultaneous.

4         Q.      Were you wearing your seat belt?

5         A.      Yup.  Yes, sir.

6         Q.      You were injured when that happened, when

7  they struck you, correct?

8         A.      No.  No.

9         Q.      You didn't suffer any injury from when

10 you got struck?

11        A.      No.  No.  They only hit me -- they hit

12 me -- it just -- slowly enough just to damage the

13 vehicle, keep it from going anywhere.

14        Q.      Did any part of your body strike the

15 inside of your vehicle --

16        A.      No.

17        Q.      -- as a result of that contact?

18        A.      No.

19        Q.      Did you hit the steering wheel?

20        A.      Might have hit the steering wheel, but

21 nothing that was going to harm me, no.

22        Q.      What part of your body hit the steering

23 wheel?

24        A.      Probably my arm or something.
```

```
1   contact with the police cruiser?

2        A.      No.  No.

3        Q.      Did your seat belt tighten when this

4   contact occurred?

5        A.      Not really, because it wasn't enough.

6        Q.      Were you pushed back in your seat?

7        A.      No.  It was like, more like just jostled

8   around in your chair like this.  That's all.

9        Q.      So, you were jostled around inside your

10  seat?

11       A.      No.  Yeah.  Just a little -- nothing.

12  Just like if you were moving around in your car

13  yourself.

14       Q.      Did your head go back and forth as a

15  result of being struck --

16       A.      No.

17       Q.      -- on the sides by those vehicles?

18       A.      No, they did not strike me with a deadly

19  blow with their automobiles.  It was just more to

20  smash the car and keep it from going anywhere because

21  she outraced them all.

22       Q.      She outraced them all?

23       A.      I don't mean that, she.

24       Q.      You mean the car?
```

1    struck your vehicle?

2         A.      Well, they put a K-9 into my passenger

3    window.

4         Q.      Do you remember the K-9 coming in your

5    passenger window?

6         A.      I remember the K-9 coming in.

7         Q.      You remember the dog?

8         A.      I remember the dog.

9         Q.      What kind of dog was it?

10        A.      Probably like a small girl German

11   Shepherd.

12        Q.      Color?

13        A.      She was a girl dog.  Grayish.

14        Q.      You could tell it was a female?

15        A.      Yeah.  I'm an animal person.  Yes.  I'm

16   an animal person.  I can tell from -- well, I can't --

17   no, not by --

18        Q.      Again, I'm asking you, I'm reminding you,

19   Mr. Smith, you have to tell me what you remember.

20        A.      Yeah.  I can tell what an animal is.

21        Q.      Were you able to observe that dog's

22   genitals --

23        A.      No.

24        Q.      -- to know it was --

```
 1        A.      No.

 2        Q.      Then how do you know it was a female?

 3        A.      By the face, the face of the animal, the

 4   animal's traits, the way the animal is, you can tell.

 5        Q.      What was that animal doing?

 6        A.      The animal came in, and I turned my head,

 7   and as soon as I turned my head and saw the animal and

 8   realized, I said, Hi, girl, or something like that to

 9   the animal.  That's all I remember.

10        Q.      Okay.

11        A.      That was it.

12        Q.      All right.  All right.  Let me stop you

13   right there.  The animal came front --

14        A.      Front passenger --

15        Q.      -- passenger window?

16        A.      -- window.

17        Q.      Was the window down?

18        A.      Yes.  Both my front windows were down.

19        Q.      And then that's it, you don't remember

20   anything else?

21        A.      I remember nothing else after that.

22        Q.      Okay.  And do you remember going to the

23   hospital?

24        A.      Oh, yes.  Yes.
```

John J. Smith, Jr.
November 16, 2018                                                    112

```
 1          Q.      Do you remember getting first aid at the
 2    scene?
 3          A.      At the scene in the ambulance, yes.
 4          Q.      So, is it fair to say that you lost your
 5    memory from the time you observed the dog to the time
 6    you got into the ambulance?
 7          A.      Yes.
 8          Q.      One big black spot?
 9          A.      Yes.
10          Q.      You're sure about that?
11          A.      Yes.  Yes.
12          Q.      And I'm going to repeat it again and I
13    want to be sure.
14          A.      Yes.
15          Q.      Because this is your testimony.
16          A.      Yes.
17          Q.      And I want it to be accurate.
18          A.      Yes.
19          Q.      You want it to be accurate too?
20          A.      Yes.
21          Q.      Correct?
22          A.      Exactly.
23          Q.      You saw the dog?
24          A.      Yes.
```

**John J. Smith, Jr.**
**November 16, 2018**                                                    **113**

| | | |
|---|---|---|
| 1 | Q. | You blacked out? |
| 2 | A. | Yes. |
| 3 | Q. | And then you came to in the ambulance? |
| 4 | A. | I came to, yes.  Before that -- I came -- |
| 5 | Q. | No.  No. |
| 6 | A. | Yes. |
| 7 | Q. | Is that your testimony? |
| 8 | A. | Yes.  Yes. |
| 9 | Q. | Again, I want -- |
| 10 | A. | Yes.  I came to in the ambulance, yes. |
| 11 | Q. | That's -- |
| 12 | A. | Yes, sir.  Yes. |
| 13 | Q. | Okay.  And that's what you remember? |
| 14 | A. | Yes. |
| 15 | Q. | And you're testifying under oath right |
| 16 | | now? |
| 17 | A. | Yes. |
| 18 | Q. | And that is the truth as far as you know |
| 19 | | it? |
| 20 | A. | Yes, sir. |
| 21 | Q. | Where did the ambulance take you? |
| 22 | A. | Took me to Holyoke, the Holyoke Mercy |
| 23 | | Hospital, instead of Westfield right down the road. |
| 24 | Q. | Well, Holyoke Hospital? |

**John J. Smith, Jr.**
**November 16, 2018**                                                                 **164**

```
 1        Q.     Mr. Smith, I represent Trooper Miranda

 2   who you sued in this case.

 3        A.     Yes, sir.

 4        Q.     I'm going to touch on a few questions.  I

 5   will do my best not to repeat questions that have

 6   already been asked of you.

 7        A.     Thank you.

 8        Q.     Bear with me if I do.  All right?

 9        A.     Yes.

10        Q.     Now, Mr. Smith, at the point in time that

11   you got back into your car in Holyoke --

12        A.     Yes.

13        Q.     -- you recall after the Police Officer

14   called out to you?

15        A.     Yes.

16        Q.     I'm going to take you back to that.

17        A.     Okay.

18        Q.     You get back into your car and you sped

19   away?

20        A.     Yes.

21        Q.     Correct?

22        A.     Yes.

23        Q.     What was your end game at that point?

24   What was your plan?
```

**John J. Smith, Jr.**
**November 16, 2018**                                                        **165**

```
 1        A.      If you're going to kill me, you're going

 2   to kill me where somebody knows.  Just get home.

 3        Q.      I'm sorry?

 4        A.      My plan was just to get home.

 5        Q.      Did you go directly home?

 6        A.      Yes.  Well, no.  In a roundabout way,

 7   yes.  No, I did not go directly home.  I guess, what

 8   do you -- how would I say this?  I was just trying to

 9   shake them.

10        Q.      All right.  So, you had no doubt in your

11   mind that the police were following you?

12        A.      Yes.

13        Q.      And that they were trying to stop you?

14        A.      Yes.

15        Q.      Right?  And their goal was to stop you?

16        A.      Yes.

17        Q.      And your goal was to not be stopped?

18        A.      My goal was to get away from.  What they

19   had -- my end of it was, yes.  Yes.

20        Q.      You had no intention of stopping?

21        A.      No intention for stopping for them after

22   what happened on the street.

23        Q.      And you weren't going to -- there was no

24   way you were going to voluntarily be stopped?
```

John J. Smith, Jr.
November 16, 2018

```
 1          A.       No.  No.  No.

 2          Q.       So, now, had you ever had a Police

 3    Officer hold a gun on you before that day?

 4          A.       Never in my life.  Scared the life out of

 5    me.

 6          Q.       But in reality, you got in your car and

 7    you sped away, correct?

 8          A.       Yes.  Yes.  Yes.

 9          Q.       Now, you said that the time from when you

10    got in your car on Elm Street in Holyoke until the dog

11    came into your car --

12          A.       Yes.

13          Q.       -- was about forty-five minutes, right?

14          A.       Yes.  Yes.

15          Q.       What's the highest speed you hit during

16    that forty-five minute time?

17          A.       For the forty-five minute time, I believe

18    it was ninety miles an hour, the top speed of my car

19    at that time was ninety miles an hour.

20          Q.       You hit that, ninety miles an hour?

21          A.       On the highway, yes, just to get to the

22    next exit and get off.

23          Q.       What's the closest that you ever observed

24    a police car to you while you were traveling?
```