EXHIBIT 4 PARNELL DEPOSITION

Pages: 7-10, 12-16, 18-24, 25-30, 31, 32, 40-44

1

Pages 1-52
Exhibits 5-6

----------------------------------------

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 3:17-CV-30078

JOHN J. SMITH, JR.,
                    Plaintiff,

v.

CITY OF HOLYOKE OFFICERS JAMES
PARNELL, CRYSTAL MANZI, SAMUEL
DELVALLE AND MSP TROOPER
THIAGO O. MIRANDA,
                    Defendants.

----------------------------------------

DEPOSITION OF JAMES PARNELL
TAKEN NOVEMBER 15, 2018
AT THE LAW OFFICES OF
KOTFILA & JORDAN
ONE MONARCH PLACE, SUITE 1340
SPRINGFIELD, MASSACHUSETTS

Reporter:   Raymond F. Catuogno, Jr.

1          A.      I did.

2          Q.      What documents did you review?

3          A.      My report and the Interrogatories.

4          Q.      And the report that you just

5    referenced, is that a copy of what has been

6    marked as Exhibit 5?

7          A.      It is.

8          Q.      Other than that report, which has

9    been marked as Exhibit 5, did you prepare any

10   other reports relative to this incident?

11         A.      No.

12         Q.      Other than your attorney, did you

13   speak with anybody about your deposition

14   testimony today?

15         A.      No.

16         Q.      Officer, I'm going to turn your

17   attention to the date of the incident.  Do you

18   recall being dispatched on that day for a report

19   of a vehicle going the wrong way on Elm Street?

20         A.      Yes.

21         Q.      Do you recall where you were

22   located when you received that report?

23         A.      I was on Appleton Street.

24         Q.      Is Appleton near Elm Street?

1          A.        They intersect.

2          Q.        Were you in a marked cruiser?

3          A.        I was.

4          Q.        Were you with any other officers in

5    the cruiser?

6          A.        No.

7          Q.        Is it typical for an officer to be

8    alone in a cruiser in Holyoke?

9          A.        Some cars, yes.  At the time I

10   believe all the cars were single-officer units.

11         Q.        Was your location that day on

12   Appleton near Elm -- was that in conjunction

13   with any type of sting operation in the area?

14         A.        No.

15         Q.        Once you got that report of the

16   vehicle going the wrong way, what did you

17   observe next?

18         A.        As I approached Elm Street, I could

19   look down.  I could see Officer Manzi's cruiser

20   and another vehicle, a Volvo, backing down Elm

21   Street toward Suffolk Street.

22         Q.        The wrong way?

23         A.        Right.  Elm Street goes the other

24   way.

1      Q.      And do you remember how close the

2 vehicles were to each other as they came down

3 Elm Street the wrong way?

4      A.      I don't.

5      Q.      But you saw them both --

6      A.      I saw them both.

7      Q.      Prior to seeing them, did you have

8 any report over the radio regarding the Volvo?

9      A.      Yes.

10      Q.      And what report did you receive?

11      A.      I received a request from dispatch

12 to back up Officer Manzi who was reporting a

13 vehicle not stopping for her.

14      Q.      Was it just by happenstance you

15 were that close to Officer Manzi at the time?

16      A.      Yes.   They were in my sector at the

17 time.

18      Q.      When you say they were in your

19 sector, was it typical for one patrol car to be

20 assigned to the sector?

21      A.      Yes, with the exception of theirs.

22      Q.      When you say "with the exception of

23 theirs," what do you mean?

24      A.      Officer Manzi's car, Car 7, is a

1   back-up car.

2       Q.      So a back-up car isn't assigned to

3   its own sector?

4       A.      Right.

5       Q.      Does it have kind of free reign to

6   be anywhere in the city?

7       A.      Yes, sir.

8       Q.      And her car was marked as seven

9   that day?

10      A.      Her unit assignment was seven that

11  day.

12      Q.      Do you recall your unit assignment

13  that day?

14      A.      Three.

15      Q.      So you got the call from dispatch,

16  and then you observed the vehicles coming down

17  Elm Street going the wrong way.  What do you

18  recall happening next?

19      A.      I turned down Elm Street the wrong

20  way to follow as I was dispatched there and I

21  just continued to follow for a short time.

22      Q.      If I were to give you a piece of

23  paper, would it be possible for you to diagram

24  the area and how you observed the vehicles?

1    A.    Yes.

2    Q.    And would you put an arrow which

3  way it runs properly?

4    A.    (Witness indicating)

5    Q.    Do you know direction-wise -- is

6  that north/south, east/west?

7    A.    Mostly south.

8    Q.    Before I forget, could you initial

9  or sign and date the diagram?

10    A.    (Witness indicating)

11    Q.    So from the diagram that you drew,

12  Smith -- once you arrived to the scene, you said

13  that both Smith and Manzi were driving the wrong

14  way down Elm Street?

15    A.    They were backing.

16    Q.    So if it runs south, they were

17  backing north?

18    A.    Right.

19    Q.    And your testimony was you turned

20  the wrong way down Elm Street to pursue?

21    A.    To follow.

22    Q.    To follow, okay.  And once you

23  started to follow down Elm Street, did you

24  activate your overhead lights?

1        A.      No, not yet.

2        Q.      Okay.  Did you activate your siren?

3        A.      No, not yet.

4        Q.      Did you notice if Officer Manzi at

5    that time that you started to follow -- did you

6    notice whether her siren or overhead lights were

7    activated?

8        A.      I don't recall.

9        Q.      Once the cars pursued up Elm Street

10   the wrong way and you began to follow, what

11   happened next?

12       A.      They both backed out on to Suffolk

13   Street and began traveling west.

14       Q.      And you followed along?

15       A.      Right.

16       Q.      So was it a three-car line at that

17   point?

18       A.      Right.

19       Q.      At some point, Officer, did you

20   activate your overhead lights and siren?

21       A.      I did.

22       Q.      Do you recall when that was?

23       A.      Officer Manzi was behind Mr. Smith

24   at a red light.  Mr. Smith proceeded through the

1  red light before it turned green.  At that point

2  I --

3       Q.     I'll just stop you there.  Do you

4  recall what intersection that was?

5       A.     Suffolk and Beech Street.

6       Q.     So I'm sorry I interrupted you.

7       A.     No, no.

8       Q.     You can continue with your

9  testimony?

10      A.     That is when I turned on my lights,

11 to answer your question.

12      Q.     And did Officer Manzi also turn on

13 her lights at that point?

14      A.     Yes.

15      Q.     Do you recall the speed of Smith's

16 vehicle at that point?

17      A.     I don't recall the exact speed, no.

18      Q.     Do you recall if he appeared to be

19 exceeding the speed limit?

20      A.     I don't believe he was going faster

21 than that, no.

22      Q.     Did you say he stopped at that red

23 light?

24      A.     He did initially.

1          Q.      At that point would it be fair to

2     say that the only offense that you observed

3     Smith commit was driving the wrong way down Elm

4     Street in reverse?

5                       MR. EMMA:   Objection.

6          A.      No.

7          Q.      What other offenses had he

8     committed at that point?

9          A.      He proceeded through a red light

10    without waiting for the green.

11         Q.      Okay.  At some point, Officer, did

12    your following Mr. Smith change into a pursuit?

13         A.      Yes.

14         Q.      When did that happen?

15         A.      At the intersection of Pleasant

16    Street and Hampden Street.

17         Q.      Okay.  And what happened at that

18    point to turn it into a pursuit?

19         A.      Initially, Mr. Smith stopped for a

20    red light on Pleasant Street, intersecting with

21    Hampden.  Officer Manzi put her cruiser in

22    behind him.  I didn't see any movement from

23    Officer Manzi or Mr. Smith.  I pulled to the

24    other side, the other lane, to prevent traffic

 1  from coming at us.  I exited my car around the

 2  front.  I was giving Mr. Smith commands to shut

 3  off the car and show his hands.

 4          At that point I could see his hands

 5  were on the steering wheel clearly.  I started

 6  to approach Mr. Smith's car at which point he

 7  turned -- he accelerated towards me and I had to

 8  jump out of the way.

 9      Q.      At any point, Officer Parnell, at

10  that intersection, did Officer Manzi get out of

11  her cruiser?

12      A.      I don't recall if she did or not.

13      Q.      Was she directly behind Smith's

14  vehicle at that time?

15      A.      Yes.

16      Q.      There were no cars between the two

17  of them?

18      A.      No.

19      Q.      So she was behind him and you

20  pulled up on to his left?

21      A.      Right, not completely in line with

22  him but yes.

23      Q.      Do you recall how close your

24  vehicle was to his vehicle?

1      A.      I don't recall whether I put them
2  in the report.
3      Q.      Would reviewing your report help
4  refresh your memory?
5      A.      I can read it and see.
6      Q.      It's been marked as Exhibit 5.  And
7  I believe the incident that you're testifying
8  about would be in Paragraph 3 towards the end.
9      A.      No, I don't see it in there.
10     Q.      Is there any reason why you would
11 not include that in your report?
12     A.      No.
13     Q.      After you jumped out of the way of
14 his vehicle, do you recall what happened next?
15     A.      I got back into my cruiser.
16     Q.      And did you continue to pursue
17 Smith?
18     A.      I notified dispatch and the street
19 supervisor what had just occurred first.
20     Q.      And do you recall what you called
21 in to dispatch, what you told him?
22     A.      Specifically what my words were,
23 no.
24     Q.      But you did recall that he tried --

1    at least you believed he tried to hit you?

2        A.      Yes.

3        Q.      At that point do you recall that

4    the pursuit continued on to Hampden Street at

5    Northampton Street?

6        A.      Yes.

7        Q.      At that point, Officer, where was

8    your car positioned in relation to Officer

9    Manzi's and Smith?

10       A.      I believe I was behind Smith at

11   this point.

12       Q.      Directly behind him?

13       A.      Yes.

14       Q.      So the alignment of cars went

15   Smith, then your cruiser, and then Officer

16   Manzi?

17       A.      I don't recall if Officer Manzi

18   pulled in directly behind us or not.

19       Q.      But you recall you were directly

20   behind Smith?

21       A.      Yes.

22       Q.      Do you recall -- at that point,

23   Officer, did any other cruisers join in the

24   pursuit at that point?

1          A.      At which point, sir?

2          Q.      At the point on Hampden and

3    Pleasant Streets.

4          A.      I don't recall there.

5          Q.      From there did the pursuit go onto

6    Route 91 north?

7          A.      Interstate 91, yes.

8          Q.      And it was at that point that

9    Holyoke was joined by Massachusetts State Police

10   units?

11         A.      Yes, sir.

12         Q.      Do you recall also a State Police

13   helicopter becoming involved?

14         A.      I do.

15         Q.      As the pursuit is happening and it

16   progresses onto 91 north, are you having

17   communication with dispatch?

18         A.      Initially I was, yes.

19         Q.      Okay.  And do you recall what you

20   were reporting to dispatch?

21         A.      Just location and a request for

22   assistance.

23         Q.      Okay.  When you're communicating

24   with dispatch, can you also hear other radio

1  communications between Holyoke officers and

2  dispatch?

3        A.      I don't recall if there were any.

4        Q.      But through the radio system is it

5  possible -- if there are other vehicles

6  communicating with dispatch, you can hear them?

7        A.      Yes.

8        Q.      But you just don't recall if that

9  was happening?

10       A.      Correct.

11       Q.      Do you recall -- Officer, as the

12 pursuit continued on to 91 north, do you recall

13 Smith throwing items out of his driver's side

14 window?

15       A.      I believe -- I didn't see items,

16 but it appeared his hands were moving as if he

17 were throwing small items.

18       Q.      Do you know if anything was ever

19 found following the pursuit, any items that he

20 might have thrown out?

21       A.      No, not that I know of.

22       Q.      As Smith was on 91 north, did he

23 almost cause any traffic collisions?

24       A.      Yes.

1          Q.      What do you remember about that?

2          A.      As we neared exit -- I believe it's

3   eighteen in Northampton.  Mr. Smith drove into

4   the hard shoulder, the breakdown lane, if you

5   will.  At that point vehicles in the right lane

6   were forced to stop suddenly and brake hard.

7          Q.      Did he actually come into contact

8   with any civilian vehicles at that point?

9          A.      No.

10         Q.      At some point during the pursuit,

11  Officer, do you recall a near collision between

12  Smith and Officer Padilla's cruiser?

13         A.      Yes.

14         Q.      And Officer Padilla was a Holyoke

15  police officer?

16         A.      Yes.

17         Q.      Do you recall what cruiser number

18  he was in that day?

19         A.      I don't recall.

20         Q.      What do you recall about the near

21  collision between Smith and Padilla?

22         A.      It appeared to me at this point --

23  I was behind both Smith and Padilla, that at one

24  point Mr. Smith drove in a manner that caused

1   him to swerve towards Officer Padilla's car,

2   causing Officer Padilla to have to brake hard

3   and swerve to avoid a collision.

4        Q.      Did their vehicles come into

5   contact at that point?

6        A.      I don't believe so.

7        Q.      Was it your impression that Smith

8   did that intentionally?

9        A.      To me it appeared that he swerved

10  intentionally, yes.

11       Q.      After that near collision, do you

12  remember how the pursuit went, where it went,

13  directions?

14       A.      Yes.

15       Q.      Where did it go?

16       A.      It traveled on Easthampton Road for

17  a short time more.  There is a median on

18  Easthampton Road.  It's one way going up towards

19  Easthampton from Route 5 where initially I saw

20  Mr. Smith swerve towards Officer Padilla.  And

21  there is a median that splits the two roadways

22  that are one way, and he did a U-turn and hard

23  left to try to go back down Easthampton Road the

24  other direction, Mr. Smith did.

1       Q.      Was he able to accomplish that?

2       A.      Yes.

3       Q.      At that point, Officer, do you

4   recall how many police cruisers were involved in

5   the pursuit?

6       A.      No.  My attention was in front of

7   me.

8       Q.      At that point were you directly

9   behind Smith or was Padilla between?

10      A.      No.  Officer Padilla had to fall

11  back.  I was the lead car at that point.

12      Q.      And when you say Officer Padilla

13  had to fall back, why was that?

14      A.      Braking.

15      Q.      Do you know if Officer Manzi was

16  still involved in the pursuit at that point?

17      A.      I do not know.

18      Q.      Where did the pursuit go from

19  there?

20      A.      Back down Easthampton road on to

21  Route 5 south.  We call that Northampton Street

22  in Holyoke.

23      Q.      And did it end there?

24      A.      No.

```
 1          Q.      Where did it end?

 2          A.      In Westfield.

 3          Q.      How did it end?

 4          A.      Stop sticks.

 5          Q.      And they were deployed by

 6   Westfield?

 7          A.      Yes.

 8          Q.      Approximately how many miles did

 9   the pursuit cover from start to end?

10          A.      In miles, I'm not sure.  It was

11   about twenty, twenty-five minutes, I would say.

12          Q.      Did you observe, Officer, the

13   Westfield Police Department deploying the stop

14   sticks?

15          A.      Yes.

16          Q.      And they were successful?

17          A.      Yes.

18          Q.      Did it appear to flatten all four

19   of his tires?

20          A.      I just saw the two left tires going

21   flat.  I'm not sure about the right side.

22          Q.      At the time of the pursuit,

23   Officer, were you familiar with pursuit policy

24   for the Holyoke Police Department?
```

```
 1          A.      Yes.

 2          Q.      Had you been in pursuits prior to

 3   this one?

 4          A.      Yes.

 5          Q.      Approximately how many?

 6          A.      Half a dozen or so.

 7          Q.      And how was it that you were

 8   familiar with the pursuit policy?

 9          A.      Through my training.

10          Q.      And when you say through your

11   training, was that at the academy or training

12   once you became a member of the force?

13          A.      The specific Holyoke pursuit police

14   policy was on-the-job.

15          Q.      And how was it that you received

16   that training?  Was that something that was

17   given or that you're expected to learn on your

18   own?

19          A.      It's given.

20          Q.      How often is it given?

21          A.      I don't think I understand.

22          Q.      Well, let me ask you this.  Is it

23   mandatory to receive that training?

24          A.      It's mandatory to know the SOP.
```

 1          Q.      SOP, Standard Operating Procedure?

 2          A.      Yes, sir.

 3          Q.      Is there a written pursuit policy?

 4          A.      There is.

 5          Q.      How often do you typically review

 6   them?

 7          A.      Not routinely.

 8          Q.      Would you expect other officers on

 9   the Holyoke Police Department to know it.

10                  MR. EMMA:  Objection.

11                  MR. KITTREDGE:  Objection.

12                  MR. EMMA:  You can answer.

13          A.      Yes.

14          Q.      At any point during the pursuit of

15   Smith, prior to an ending because of the stop

16   sticks, did you consider, Officer, discontinuing

17   the pursuit?

18          A.      Yes.

19          Q.      When did you consider

20   discontinuing?

21          A.      As we were nearing Westfield.

22          Q.      What is the policy, the Holyoke

23   police pursuit policy, say, with regard to an

24   officer's decision whether to continue or

1    discontinue a pursuit?

2                    MR. JOYCE:   Objection.

3        A.        Different factors, safety, nature

4    of the reason for the stop.

5        Q.        And when you say safety, whose

6    safety did you mean?

7        A.        The general public.

8        Q.        Officers as well?

9        A.        Yes, sir, in some cases.

10       Q.        How about even the safety of the

11   person being pursued?  Is that considered?

12       A.        I always consider it, yes.

13       Q.        And you said the nature of the

14   offense as well?

15       A.        Yes, sir.

16       Q.        When you say the nature of the

17   offense, is there a distinction in terms of the

18   seriousness of the offense?

19       A.        Yes, sir.

20       Q.        In terms of Smith that day, what

21   was your understanding during the pursuit?  What

22   was the nature of his offense?

23       A.        At that time, attempted assault and

24   battery on a police officer with a deadly

 1   weapon.

 2        Q.      That being you?

 3        A.      That being me.

 4        Q.      Do you know, Officer, was Smith

 5   ever charged with that offense?

 6        A.      Yes, I believe that was one of the

 7   charges.

 8        Q.      Do you know what the disposition or

 9   result of that charge was?

10        A.      I don't.

11        Q.      Do you recall ever having to

12   testify in any proceeding regarding that

13   offense?

14        A.      No.

15        Q.      Did you ever go to court about it?

16        A.      No.

17        Q.      Now, you said, Officer, that you

18   did consider during the pursuit discontinuing?

19        A.      Yes.

20        Q.      But you decide to continue --

21   strike that.

22                At no point did you break off?

23        A.      Correct.

24        Q.      Why was it you decided to continue

1   the pursuit?

2        A.        Radio traffic from the air unit

3   indicated there was an officer nearby with what

4   appeared to be stop sticks.

5        Q.        And it was shortly thereafter that

6   the stop sticks were deployed?

7        A.        Yes, sir.

8        Q.        You would agree, Officer, that

9   during a pursuit, an officer does have the

10  discretion in terms of whether to continue or

11  discontinue?

12       A.        Yes, sir.

13       Q.        Do you recall, Officer, during the

14  pursuit, reporting to dispatch that Smith tried

15  to take out Car Number 4?

16       A.        It's possible I said something like

17  that.  I did call it in when it happened.

18       Q.        And Car 4 was Padilla?

19       A.        If I called it in as Car 4, it must

20  have been for the day.

21       Q.        And that would be according to the

22  incident that you testified to earlier between

23  Smith and Padilla?

24       A.        Yes.

1          Q.          Were you aware, Officer, that your

2     conveying to dispatch that Smith tried to take

3     out Car 4 would be conveyed to other units?

4          A.          Yes.

5          Q.          As a police officer yourself, if

6     you received information from dispatch that a

7     driver involved in a pursuit attempted to take

8     out another police officer, what effect would

9     that have on you?

10         A.          Personally?

11         Q.          Yes.

12         A.          It would cause me to maintain more

13    of a distance from the vehicle if I was to

14    become involved.

15         Q.          Would it anger you?

16         A.          No.

17         Q.          Now, at some point the pursuit was

18    joined by Massachusetts State Police units?

19         A.          Yes, sir.

20         Q.          Do you know how many Massachusetts

21    State Police cruisers became involved?

22         A.          No, sir.

23         Q.          After the stop sticks had been

24    deployed, did you indicate in your report that

1   Smith's car struck Officers Bartolomy's and

2   Welch's vehicle?

3       A.      Yes.

4       Q.      Do you believe he did that

5   intentionally or was it because he lost control

6   of the car from the stop sticks?

7                   MR. KITTREDGE:   Objection.

8       A.      At the time I was concerned he may

9   have done it intentionally.

10      Q.      Is it your opinion, Officer, that

11  during the pursuit Smith was operating his

12  vehicle aggressively towards other officers,

13  including yourself?

14      A.      At certain times, yes.

15      Q.      And that would be based on your

16  prior testimony that you believe he tried to hit

17  you with his vehicle?

18      A.      Yes, sir.

19      Q.      And that you believe he tried to

20  hit Officer Padilla's vehicle?

21      A.      Yes, sir.

22      Q.      And the incident that you just

23  testified with Officer Bartolomy and Welch?

24      A.      Yes, sir.

1          Q.      And the two other Holyoke officers

2    that it looks like are on Smith's car, can you

3    identify them from that?

4          A.      No.  I can't even be 100 percent

5    sure they are Holyoke officers.

6          Q.      And does it appear that one of the

7    officers also has Smith's arm?

8          A.      I can't tell from that.  I can see

9    an arm there, but I can't tell what they are

10   doing.

11         Q.      Did that appear at approximately

12   twenty-two seconds you were dragging Smith out

13   of the car or away from the car?

14         A.      Yes.

15         Q.      And there is -- actually, on

16   twenty-three seconds, there is an officer with a

17   police dog or canine in the vehicle.  Do you see

18   that?

19         A.      Yes.

20         Q.      Do you know what department that

21   officer is associated with?

22         A.      Yes, sir.

23         Q.      Is that Holyoke?

24         A.      Yes, sir.

1    Q.    And when you have multiple agencies

2    involved in a pursuit such as this one, how is

3    it determined which agency is in charge?

4    A.    Normally it would be the agency who

5    initiates.

6    Q.    And in this case that was Holyoke?

7    A.    Yes, sir.

8    Q.    Is it also fair to say, Officer,

9    that Holyoke police officers during this pursuit

10   were only able to communicate among themselves?

11   In other words, you could not communicate over

12   the radio with the State Place?

13   A.    No, not the State Police.

14   Q.    Could you communicate with

15   Westfield over the radio?

16   A.    No.

17   Q.    So is it your -- strike that.

18         Do you know if Westfield could hear

19   Holyoke's radio communications?

20   A.    I don't know.

21   Q.    I'm going to stop it at

22   twenty-eight seconds.  Can you identify,

23   Officer, yourself in this still?

24   A.    I can't.

1      Q.      Okay.  Are you able to see Smith on

2  the ground here where I have the pointer?

3      A.      I can see something on the ground,

4  yes.

5      Q.      Is that Smith's right arm over his

6  head?

7      A.      I can't tell from that shot -- it's

8  blurry -- whether that is an arm or not.

9      Q.      Let me back that up.  I'm not going

10  to pause it, but -- actually, I will pause it.

11          Okay.  Can you identify yourself --

12  I'm at twenty-nine seconds, Officer.  Can you

13  identify yourself in this frame?

14      A.      No, sir.

15      Q.      At any point during the

16  apprehension did you observe any -- either

17  Holyoke police officers or State Police officers

18  employing any force against Mr. Smith?

19      A.      No, I didn't see any.

20      Q.      Did you personally deploy your

21  Taser at all?

22      A.      No, sir.  At the time I didn't have

23  a Taser.

24      Q.      And you did not observe any Holyoke

43

```
 1    police officers Taser or drive stun Mr. Smith?

 2         A.      Not that I recall.

 3         Q.      At the point where we are in the

 4    video, twenty-nine seconds, were you instructing

 5    or talking to Smith at all?

 6         A.      No.

 7         Q.      During the apprehension, did you

 8    instruct or talk to Mr. Smith at all?

 9         A.      No.

10         Q.      Did you hear any of the Holyoke

11    police officers or State Police officers talking

12    or instructing Smith at all during the

13    apprehension?

14         A.      I could, but I can't tell you

15    specifically who.

16         Q.      You just heard a lot of voices?

17         A.      Yes.

18         Q.      Do you recall what was being said?

19         A.      To show his hands and put his hands

20    behind his back, primarily.

21         Q.      Was he complying with those

22    requests?

23         A.      No.  It did not appear so.

24         Q.      I'm going to run the video.  And
```

1   from twenty-nine seconds, I have the pointer on

2   one of the State Police officers who is, as

3   we're viewing the video, just to his left?

4            MR. KITTREDGE:   Objection.

5        Q.    (By Mr. Kotfila)   From twenty-nine

6   to thirty seconds, did you observe the State

7   Trooper punching or hitting Smith?

8            MR. EMMA:   Objection.

9        A.    If you're talking about

10  observations personally at the time, I didn't

11  see anything.   The video speaks for itself.

12       Q.    Did you observe the trooper kick

13  Smith at all during the apprehension?

14       A.    No.

15       Q.    I stopped it at forty seconds.   And

16  I understand it's tough to see, but can you

17  identify yourself at all in this still, Officer?

18       A.    I cannot, sir.

19       Q.    Okay.   And again, at forty-three

20  second, are you able to identify yourself?

21       A.    No, sir.

22       Q.    Okay.   Officer, do you recall who

23  actually put the handcuffs on Mr. Smith?

24       A.    Yes, Officer Padilla.