EXHIBIT 5 DELVALLE DEPOSITION

Pages: 10, 21, 22, 28-31

1

Pages 1-46

Exhibits 7-8

_____

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


NO. 3:17-CV-30078


JOHN J. SMITH, JR.,

             Plaintiff,


v.


CITY OF HOLYOKE OFFICERS JAMES
PARNELL, CRYSTAL MANZI, SAMUEL
DELVALLE AND MSP TROOPER
THIAGO O. MIRANDA,

             Defendants.


_____


DEPOSITION OF SAMUEL DELVALLE

TAKEN NOVEMBER 15, 2018

AT THE LAW OFFICES OF

KOTFILA & JORDAN

ONE MONARCH PLACE, SUITE 1340

SPRINGFIELD, MASSACHUSETTS


Reporter: Raymond F. Catuogno, Jr.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1       A.      Yes.

2       Q.      A marked cruiser?

3       A.      Yes.

4       Q.      Were you with any other officers

5    that day?

6       A.      No.

7       Q.      Do you recall the nature of the

8    report that you received, what was said over the

9    dispatch?

10      A.      No.

11      Q.      As a result of receiving that

12   information over dispatch, what did you do?

13      A.      I responded to the area of

14   Hampshire and Pleasant -- I'm sorry, Hampden and

15   Pleasant.

16      Q.      When you arrived at Hampden and

17   Pleasant Streets, what was happening or what did

18   you observe?

19      A.      There were several units pursuing a

20   vehicle.

21      Q.      And were all the units at that time

22   that were pursuing -- were they all Holyoke

23   Police Department?

24      A.      Yes.

1    A.    I was parked fairly back in the

2  succession of everything.  So where the incident

3  was, I was parked fairly back.  I walked towards

4  the scene and Mr. Smith was being escorted to a

5  prone position on the ground.

6    Q.    When you say he was being escorted,

7  what do you mean by that?

8    A.    Assisted.  Officers were putting

9  him on the ground or attempted to place him in

10  handcuffs.

11    Q.    Do you recall how many officers

12  were involved in that process?

13    A.    No.

14    Q.    Do you recall if they were Holyoke

15  police officer or State Police officers or some

16  combination involved in that process?

17    A.    I know there were officers.  I do

18  not know what agencies.

19    Q.    Were you involved in that process

20  in terms of getting Mr. Smith from his vehicle

21  to the ground?

22    A.    No.

23    Q.    At some point did you become

24  engaged with Mr. Smith?

1        A.      Yes.

2        Q.      How did that happen?

3        A.      I saw that he was not giving his

4   arms out or allowing officers to handcuff him

5   despite officers demanding that he put his hands

6   behind his back and I remember Officer Manzi

7   being there.

8        Q.      Could you actually hear commands or

9   directives from officers towards Smith?

10       A.      I heard commands and words.

11       Q.      What do you recall hearing?

12       A.      "Put your hands behind your back,

13   give me your arm."  That's what I recall.

14       Q.      And it's your testimony you don't

15   recall seeing him comply with those commands?

16       A.      That is correct.

17       Q.      Do you recall -- strike that.

18               At the time you observed this, was

19   Smith on the ground?

20       A.      Yes.

21       Q.      Was he on his -- was he face down

22   or face up?

23       A.      Face down.

24       Q.      Do you recall the position of his

1    Q.    That was on the full deployment?

2    A.    That's on the full deployment.

3    Q.    And how about on the drive stun?

4    A.    I felt the uncomfortable

5    experience.

6    Q.    Which was worse?

7    A.    The full effect of the prongs being

8    deployed at me.

9    Q.    Now, what did you observe, Officer,

10   when Officer Manzi deployed her Taser and

11   administered the drive stun to Smith's body?

12   What do you recall observing?

13   A.    I saw officers trying to pull

14   Mr. Smith's arms out to handcuff him.

15   Q.    How about specifically when she hit

16   him with the drive stun?  What do you recall

17   seeing there?

18   A.    I saw no effect that would aid us

19   in putting him in handcuffs.

20   Q.    How many times did you observe her

21   drive stun him?

22   A.    I saw two times.

23   Q.    And is the drive stun something you

24   can do consecutively?  Or after you deploy it

1    once, does it have to be reset?

2        A.        There's a five-second period where

3    it won't allow you to deploy a second or third

4    administration of whatever it does.

5        Q.        Is there a number of times -- and I

6    understand the delay between doing it, but is

7    there a certain number of times that you can do

8    it that it needs to be reset or recharged?

9        A.        I know there is a five-second

10    period where, once the trigger of the Taser is

11    pulled, you cannot repull the trigger to

12    administer more voltage.

13        Q.        So you can do it for five seconds

14    at a time?

15        A.        It allows you, after five seconds,

16    to pull the trigger again.

17        Q.        Okay.  And can you pull the trigger

18    any number of times, is it indefinite?

19        A.        After every five-second period,

20    depending on whether contact is being made or

21    not.

22        Q.        Now, at some point did you deploy

23    your Taser onto Mr. Smith?

24        A.        Yes.

```
 1          Q.      Was it a full deployment or drive
 2   stun?
 3          A.      Drive stun.
 4          Q.      Was there some reason you chose
 5   drive stun as opposed to full deployment?
 6          A.      I think given the time, the
 7   appropriate response was to drive stun.
 8          Q.      What led you to believe that the
 9   appropriate response was a drive stun?
10          A.      Mr. Smith's position, officers'
11   positions, the knowledge of where you can or
12   cannot deploy a full-prong Taser.
13          Q.      At the time you drive stunned him,
14   Officer, were there other officers involved with
15   Mr. Smith?
16          A.      I know Officer Manzi was near me.
17   I know there were other officers trying to pull
18   his arm out from underneath him.
19          Q.      Is there any risk to any of the
20   officers in the area when you drive stun Smith?
21   Was that a risk to any of the other officers
22   involved?
23          A.      I believe -- let me rephrase that.
24   Given the circumstances and my position, I chose
```

```
 1    to drive stun.

 2            Q.      How many times did you drive stun

 3    him?

 4            A.      Twice.

 5            Q.      And you testified you also saw

 6    Officer Manzi dry stun him twice?

 7            A.      Yes.

 8            Q.      Did you observe any other officers

 9    drive stunning him?

10            A.      No.

11            Q.      Did you observe any other officers

12    with a full deployment of the Taser on him?

13            A.      No.

14            Q.      After you drive stunned him for the

15    second time, did he then become compliant?

16            A.      Yes.

17            Q.      So as far as you know, he was drive

18    stunned at least four times in the incident?

19            A.      I know I drive stunned him twice.

20            Q.      And you also know Officer Manzi

21    drive stunned him twice?

22            A.      Twice before.

23            Q.      Officer, have you ever had occasion

24    in your nine-plus years as a police officer at
```