EXHIBIT 8 WESTFIELD POLICE DEPARTMENT REPORT



Incident Report

Page: 1
04/24/2017

Incident #: 14-940-OF
Call #: 14-22158

Date/Time Reported: 06/25/2014 1830
Report Date/Time: 06/25/2014 2042
Occurred Between: 06/25/2014 1830-06/25/2014 2042
Status: No Crime Involved

Reporting Officer: Patrol PATRICK SHEA
Assisting Officer: Patrol SETH FLOREK
Approving Officer: Lieutenant JEROME PITONIAK

Signature: _____

Signature: _____

## # INVOLVED

| # | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | SMITH, JOHN J JR<br>4 BATES ST<br>WESTFIELD MA 01085-2725 | M | W | 57 | 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 | 413-231-2809 |

Military Active Duty: N
HEIGHT: 511    WEIGHT: 150    HAIR: BLOND OR STRAWBERRY    EYES: BLUE
BODY: SKINNY    COMPLEXION: LIGHT
DOB: 05/12/1957    PLACE OF BIRTH: COVINA, CAL
LICENSE NUMBER: MA S95623903    ETHNICITY: NOT HISPANIC
PCF #: 369947

[CONTACT INFORMATION]

Home Phone      (Primary)    413-977-8583
CallBack Number              413-231-2809

[APPEARANCE]

GLASSES WORN: NO

[FAMILY/EMPLOYMENT INFORMATION]

MARITAL STATUS: SEPARATED

SPOUSE'S NAME: BENNET, JOLENE
FATHER'S NAME: SMITH, JOHN J
MOTHER'S NAME: MAY, DORTHY

EMPLOYER/SCHOOL: CLEAN STREAK
4 BATES ST
WESTFIELD MA 01085

OCCUPATION: UNEMPLOYED

## # EVENTS(S)

LOCATION TYPE: Highway/Road/Alley/Street    Zone: NORTHEAST-12
NORTH RD
WESTFIELD MA 01085

1  Assist Other Agency WITH VEHICLE PURSUIT/SPIKE STRIP

## # PERSON(S)

| # | | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | HOLYOKE POLICE DEPARTMENT | BUSINESS | | | | | 413-536-6431 |

Incident #: 14-940-OF
Call #: 14-22158

138 APPLETON ST
HOLYOKE MA 01040

2   Massachusetts State Police          BUSINESS
    555 N KING ST                                                              413-584-3000
    NORTHAMPTON MA 01060

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | 940 | 1992 | VOLV | SE | GRY | | MA 874TX7 | $2,000.00 |

STATUS: Evidence (Not Nibrs Reportable)
OWNER: SMITH, JOHN J                                         DATE: 06/25/2014
VIN: YV1JS8831N3070036

NARRATIVE FOR PATROL PATRICK M SHEA  Page: 1
Ref: 14-940-OF

Westfield Police Department
Officer Patrick M. Shea
06/25/20143

    On the above date at approximately 6:30 pm, Officer Florek and I were dispatched to the area of North Rd. for a vehicle pursuit which originated in the City of Holyoke.

    While responding, I heard the Massachusetts State Police Air Wing update that the pursuit was in the City of Westfield near the Hampton Ponds Plaza. I turned east on North Rd. and I could immediately see the State Police Helicopter above the pursuit.

    I pulled my vehicle into the breakdown lane on the eastbound side of North Rd., approximately three hundred yards from the intersection of Southampton Rd. I left my overhead emergency lights on and flashing. I went to the rear of marked cruiser number twenty two and prepared the "spike strips" for deployment.

    As the pursuit approached, I waved vehicles in the westbound lane (oncoming) of North Rd. to their right and motioned them to stop. This was an attempt to make the area as safe as possible, for deployment of the strips. I radioed dispatch to confirm the description of the target vehicle, and they advised me that it was an older model Volvo sedan.

    I identified the target vehicle and slid the stop strips into the roadway in front of it. I could see that that all four tires went over the strips. I pulled the strips back toward me, and all Police Vehicles avoided damage. I advised dispatch of the successful deployment. Three of the four vehicles tires were impacted by the strips.

    The suspect vehicle came to a stop in front of 1110 Southampton Rd., where Holyoke Police Officers and Massachusetts State Troopers were able to place John Smith Jr. under arrest.

    The stop strip deployment allowed for a safe end to this pursuit which spanned over four cities and Inter State 91. During this pursuit the suspect attempted to run over a Holyoke Police Officer while he was out of his cruiser on foot.