EXHIBIT 9 INDICTMENTS HAMPDEN SUPERIOR COURT NO 14 11001 through 14 11005, inclusive

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO.

COMMONWEALTH
VS.
JOHN SMITH

14 1100-1

INDICTMENT
DRIVING TO ENDANGER
GENERAL LAWS CHAPTER 90, SECTION 24

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

JOHN SMITH

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE and WESTFIELD in the County of Hampden, upon any way or in any place to which the public has a right of access, or in any place to which members of the public have access as invitees or licensees, did operate a motor vehicle recklessly or negligently so that the lives or safety of the public might be endangered, in violation of General Laws chapter 90, section 24.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Grace Taylor
Assistant District Attorney

===========================================================

RETURN

HAMPDEN, ss On this 21st day of October, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _____ Assistant Clerk

DA DISCOVERY

PAGE: 1

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO.

COMMONWEALTH
VS.
JOHN SMITH

14 1100-2

### INDICTMENT
### REFUSAL TO SUBMIT TO POLICE OFFICER
### GENERAL LAWS CHAPTER 90, SECTION 25

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**JOHN SMITH**

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE and WESTFIELD in the County of Hampden, while operating upon a way or place to which the public has a right of access as invitees or licensees, did refuse or neglect to stop when signaled to stop by a police officer who was in uniform, in violation of General Laws chapter 90, section 25.

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Assistant District Attorney

**RETURN**

HAMPDEN, ss  On this _21st_ day of _October_, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _____ Assistant Clerk

DA DISCOVERY

PAGE: 2

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO.

COMMONWEALTH
VS.
JOHN SMITH

14 1100-3

### INDICTMENT
### LEAVING THE SCENE OF PROPERTY DAMAGE
### GENERAL LAWS CHAPTER 90, SECTION 24

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

### JOHN SMITH

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE in the County of Hampden, upon a way or a place to which the public has a right of access as invitees or licensees, did operate a certain motor vehicle and did go away without stopping and making known his name, residence, and the registration number of his motor vehicle after knowingly colliding with and causing property damage to a motor vehicle, the property of the City of Holyoke, in violation of General Laws chapter 90, section 24.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant District Attorney

==================================================

RETURN

HAMPDEN, ss On this _21st_ day of _October_, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _____
                                                                      Assistant Clerk

DA DISCOVERY

PAGE: 3

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO.

**14 1100-4**

COMMONWEALTH
VS.
JOHN SMITH

### INDICTMENT
### ASSAULT BY MEANS OF A DANGEROUS WEAPON
### GENERAL LAWS CHAPTER 265, SECTION 15B(b)

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**JOHN SMITH**

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE in the County of Hampden, did assault James Parnell by means of a dangerous weapon, namely a motor vehicle, in violation of General Laws chapter 265, section 15B(b).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Assistant District Attorney

==========================================================================

**RETURN**

HAMPDEN, ss On this _21st_ day of _October_, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _____ Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO.

COMMONWEALTH
VS.
JOHN SMITH

14 1100-5

## INDICTMENT
### ASSAULT BY MEANS OF A DANGEROUS WEAPON
### GENERAL LAWS CHAPTER 265, SECTION 15B(b)

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

JOHN SMITH

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE in the County of Hampden, did assault William Padilla by means of a dangerous weapon, namely a motor vehicle, in violation of General Laws chapter 265, section 15B(b).

**A TRUE BILL**

_____
Foreperson of the Grand Jury

_____
Assistant District Attorney

===============================================================

**RETURN**

HAMPDEN, ss On this _21st_ day of _October_, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: _____ Assistant Clerk