EXHIBIT 10 CERTIFIED COPIES OF: HAMPDEN COUNTY SUPERIOR COURT NO. 1279CR01100 PUBLIC DOCKET REPORT, NOTICE OF NOLLE PROSEQUI COUNTS 2-5, CLERK'S LOG, INDICTMENTS 14 1100-1 TO 14 1100-5, INCLUSIVE, MITTIMUS FOR SENTENCE

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

**1479CR01100 Commonwealth vs. Smith, John Joseph**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Indictment | **FILE DATE:** | 10/21/2014 |
| **ACTION CODE:** | 90/24/O-0 | **CASE TRACK:** | A - Standard |
| **DESCRIPTION:** | RECKLESS OPERATION OF MOTOR VEHICLE c90 §24(2)(a) | | |
| **CASE DISPOSITION DATE** | 06/23/2015 | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Disposed by Plea | **STATUS DATE:** | 10/21/2014 |
| **CASE JUDGE:** | | **CASE SESSION:** | Criminal 1 - Ct. Rm. 1 |

**PARTIES**

| | |
|---|---|
| **Prosecutor**<br>Commonwealth | **Attorney for the Commonwealth** **666905**<br>Robert Anton Schmidt<br>Hampden County District Attorney's Office<br>Hampden County District Attorney's Office<br>50 State St<br>Springfield, MA 01103<br>Work Phone (413) 505-5643<br>Added Date: 10/28/2014 |
| **Defendant**<br>Smith, John Joseph<br>4 Bates St<br>Westfield, MA 01085 | **Appointed - Indigent Defendant** **521400**<br>Jeffrey Scott Weisser<br>Attorney Jeffrey S. Weisser<br>Attorney Jeffrey S. Weisser<br>2 South Bridge Drive<br>Agawam, MA 01001-2000<br>Work Phone (413) 786-3800<br>Added Date: 11/12/2014 |

**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

## PARTY CHARGES

| # | Offense Date/ Charge | Code | Town | Disposition | Disposition Date |
|---|---|---|---|---|---|
| 1 | 06/25/2014 | 90/24/O-0 | Westfield | | |
| | RECKLESS OPERATION OF MOTOR VEHICLE c90 §24(2)(a) | | | | |
| | Sentence Date: 06/23/2015 | | Committed to HOC | | |
| | *Term:* **Yrs** 2 **Mos** 0 **Days** 0 | | *To Serve:* **Yrs** 2 **Mos** 0 **Days** 0 | | |
| | | | | Guilty Plea | 06/23/2015 |
| 2 | 06/25/2014 | 90/25/D-0 | Westfield | | |
| | STOP FOR POLICE, FAIL c90 §25 | | | Nolle Prosequi | 03/14/2019 |
| 3 | 06/25/2014 | 90/24/C-0 | Westfield | | |
| | LEAVE SCENE OF PROPERTY DAMAGE c90 §24(2)(a) | | | Nolle Prosequi | 03/14/2019 |
| 4 | 06/25/2014 | 265/15B/A-0 | Westfield | | |
| | ASSAULT W/DANGEROUS WEAPON c265 §15B(b) | | | Nolle Prosequi | 03/14/2019 |
| 5 | 06/25/2014 | 265/15B/A-0 | Westfield | | |
| | ASSAULT W/DANGEROUS WEAPON c265 §15B(b) | | | Nolle Prosequi | 03/14/2019 |





**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

**EVENTS**

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 11/13/2014 | Criminal 1 - Ct. Rm. 1 | Arraignment | Held as Scheduled | |
| 12/02/2014 | Criminal 1 - Ct. Rm. 1 | Hearing for Appearance / Appointment of Counsel | Held as Scheduled | |
| 12/02/2014 | Criminal 1 - Ct. Rm. 1 | Bail Hearing | Held as Scheduled | |
| 02/11/2015 | Criminal 1 - Ct. Rm. 1 | Pre-Trial Hearing | Held as Scheduled | |
| 04/02/2015 | Criminal 1 - Ct. Rm. 1 | Hearing | Rescheduled | |
| 04/10/2015 | Criminal 1 - Ct. Rm. 1 | Hearing RE: Discovery Motion(s) | Rescheduled | |
| 04/17/2015 | Criminal 1 - Ct. Rm. 1 | Final Pre-Trial Conference | Rescheduled | |
| 05/04/2015 | Criminal 1 - Ct. Rm. 1 | Jury Trial | Rescheduled | |
| 06/10/2015 | Criminal 1 - Ct. Rm. 1 | Final Pre-Trial Conference | Held as Scheduled | |
| 06/23/2015 | CR Session 5 - Ct. Rm 2 | Hearing for Change of Plea | Held as scheduled | Kinder |
| 06/23/2015 | Criminal 1 - Ct. Rm. 1 | Hearing for Change of Plea | Not Held | Page |
| 07/02/2015 | Criminal 1 - Ct. Rm. 1 | Hearing for Funds | Held as Scheduled | Page |
| 07/09/2015 | Criminal 1 - Ct. Rm. 1 | Jury Trial | Not Held | Page |

**FINANCIAL SUMMARY**

| | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| | **Total** | **210.00** | **0.00** | **0.00** | **210.00** |

**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|---|---|---|---|
| 10/21/2014 | 1 | Indictment returned | |
| 10/28/2014 | | Habed for arraignment issued ret 11/13/14 | |
| 11/13/2014 | | Appointment of Counsel Stephen Shea, pursuant to Rule 53 | |
| 11/13/2014 | | Deft waives reading of indictments | |
| 11/13/2014 | | RE Offense 1:Plea of not guilty | |
| 11/13/2014 | | RE Offense 2:Plea of not guilty | |
| 11/13/2014 | | RE Offense 3:Plea of not guilty | |
| 11/13/2014 | | RE Offense 4:Plea of not guilty | |
| 11/13/2014 | | RE Offense 5:Plea of not guilty | |
| 11/13/2014 | | Bail set: $10,000 cash $100,000 surety without prej. (Tina S. Page, Justice) | |
| 11/13/2014 | | Bail warning read (Page, J) | |
| 11/13/2014 | | Assigned to Track "A", see scheduling order | |
| 11/13/2014 | | Tracking deadlines Active since return date | |
| 11/13/2014 | 2 | Bail: mittimus issued | |
| 11/13/2014 | 3 | Notice of assignment of counsel filed. (Tina S. Page, Justice) | |
| 11/13/2014 | | Deft arraigned before Court | |
| 11/24/2014 | 4 | MOTION by Deft: To clarify counsel. | |
| 11/24/2014 | 4.1 | Deft files Affidavit in support of motion to clarify counsel (P# 4) | |
| 12/02/2014 | 5 | Appearance of Deft's Atty: Jeffrey S Weisser | |
| 12/02/2014 | | After hearing the request for reduction in bail is denied | |
| 12/02/2014 | 6 | Bail: mittimus issued | |
| 12/02/2014 | 7 | Notice of assignment of counsel filed. (Page, Justice) | |
| 12/02/2014 | 8 | Withdrawal of appearance filed by Stephen Shea for John Smith | |
| 02/11/2015 | 9 | Pre-trial conference report filed | |
| 03/23/2015 | 10 | MOTION by Deft: for Bill of Particulars | |
| 03/23/2015 | 11 | MOTION by Deft: for Log of Radio Calls | |
| 03/23/2015 | 12 | MOTION by Deft: to Disclose all Officers/Troopers present | |
| 03/23/2015 | 13 | MOTION by Deft: for List of Persons Present and Disclosure of Forge | |
| 03/23/2015 | 14 | MOTION by Deft: for Inventory of Motor Vehicle | |
| 03/23/2015 | 15 | MOTION by Deft: for Policies and Procedures/standing orders | |
| 04/17/2015 | | MOTION (P#10) denied (Richard Carey, Justice). | |
| 04/17/2015 | 16 | MOTION by Deft: Exparte motion for additonal for funds and aff. | |
| 04/17/2015 | | MOTION (P#16) allowed (Richard Carey, Justice). | |

**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

| | | | |
|---|---|---|---|
| 04/17/2015 | 17 | Agreement on Discovery motions | |
| 04/17/2015 | 18 | MOTION by Deft: to continue trial date | |
| 04/17/2015 | | MOTION (P#18# 16) allowed (Richard Carey, Justice). | |
| 04/17/2015 | | MOTION (P#10) denied (Richard Carey, Justice). | |
| 06/10/2015 | 19 | Filed: Final Joint Pre-Trial Memorandum | |
| 06/23/2015 | | Event Result:<br>The following event: Hearing for Change of Plea scheduled for 06/23/2015 09:11 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Transfered to another session<br>Appeared: | Page |
| 06/23/2015 | | Event Result:<br>The following event: Jury Trial scheduled for 07/09/2015 09:07 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Plea Offered | Page |
| 06/23/2015 | | Event Result:<br>The following event: Hearing for Change of Plea scheduled for 06/23/2015 09:00 AM has been resulted as follows:<br>Result: Held as scheduled<br>Reason: Plea Offered<br>Appeared: | Kinder |
| 06/23/2015 | | Offense Disposition:<br>Charge #1 RECKLESS OPERATION OF MOTOR VEHICLE c90 §24(2)(a)<br>Date: 06/23/2015<br>Method: Hearing on Plea Offer/Change<br>Code: Guilty Plea<br>Judge: Kinder, Hon. C.Jeffrey | |
| 06/23/2015 | | Defendant sentenced:<br>Sentence Date: 06/23/2015 Judge: Kinder, Hon. C.Jeffrey<br><br>Charge #: 1 RECKLESS OPERATION OF MOTOR VEHICLE c90 §24(2)(a)<br>Committed to HOC<br>Term: 2 Years, 0 Months, 0 Days<br><br>To Serve: 2 Years, 0 Months, 0 Days<br><br>Committed to Hampden County House of Correction<br><br>Credits 363 Days<br><br>Financials<br>Docket Type Legal Counsel Fee assessed. Amount $150.00<br>Docket Type Victim/Witness Assessment on misdemeanor G.L c.258B §8 Amount $60.00 | |
| 06/23/2015 | 20 | Issued on this date:<br><br>Mitt For Sentence (First 6 charges)<br>Sent On: 06/23/2015 14:35:23 | |

**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

| Date | No. | Entry | Judge |
|---|---|---|---|
| 06/23/2015 | | Disposed for statistical purposes | |
| 06/23/2015 | 21 | Defendant waives rights. | Kinder |
| 06/23/2015 | | Finding on plea of guilty. | Kinder |
| 06/23/2015 | | Defendant warned pursuant to alien status, G.L. c. 278, § 29D. | Kinder |
| 06/25/2015 | 22 | Defendant 's EX PARTE Motion for additional funds-video forensic expert | |
| 07/02/2015 | | Event Result:<br>The following event: Hearing for Funds scheduled for 07/02/2015 09:37 AM has been resulted as follows:<br>Result: Held as Scheduled<br>Appeared: | Page |
| 07/02/2015 | | Endorsement on Motion for funds video forensic expert, (#22.0): ALLOWED<br><br>funds not to exceed $700.00 | Page |
| 03/14/2019 | | Offense Disposition::<br>Charge #1 RECKLESS OPERATION OF MOTOR VEHICLE c90 §24(2)(a)<br>On: 06/23/2015 Judge: Hon. C.Jeffrey Kinder<br>By: Hearing on Plea Offer/Change Guilty Plea<br><br>Charge #2 STOP FOR POLICE, FAIL c90 §25<br>On: 03/14/2019 Judge: Hon. C.Jeffrey Kinder<br>By: Other Court Event Nolle Prosequi<br><br>Charge #3 LEAVE SCENE OF PROPERTY DAMAGE c90 §24(2)(a)<br>On: 03/14/2019 Judge: Hon. C.Jeffrey Kinder<br>By: Other Court Event Nolle Prosequi<br><br>Charge #4 ASSAULT W/DANGEROUS WEAPON c265 §15B(b)<br>On: 03/14/2019 Judge: Hon. C.Jeffrey Kinder<br>By: Other Court Event Nolle Prosequi<br><br>Charge #5 ASSAULT W/DANGEROUS WEAPON c265 §15B(b)<br>On: 03/14/2019 Judge: Hon. C.Jeffrey Kinder<br>By: Other Court Event Nolle Prosequi | |
| 03/14/2019 | 23 | Commonwealth files Nolle Prosequi as to count(s): 2 STOP FOR POLICE, FAIL c90 §25, 3 LEAVE SCENE OF PROPERTY DAMAGE c90 §24(2)(a), 4 ASSAULT W/DANGEROUS WEAPON c265 §15B(b), 5 ASSAULT W/DANGEROUS WEAPON c265 §15B(b) | |

A TRUE COPY
OF THE DOCKET MINUTES
IN WITNESS WHEREOF. I hereunto set my hand, and have caused the seal of the Superior Court for the County of Hampden to be affixed on this 18 day of March 2019

A Clerk

**COMMONWEALTH OF MASSACHUSETTS**

**HAMPDEN, ss**

**DEPARTMENT OF THE TRIAL OF THE TRIAL COURT SUPERIOR COURT NO. 14-1100, 02, 03, 04, 05**

**COMMONWEALTH**

**V.**

**JOHN J. SMITH JR.**

HAMPDEN COUNTY SUPERIOR COURT FILED MAR 14 2019 CLERK OF COURTS

**NOLLE PROSEQUI on Counts 2 - 5**

Now comes The Commonwealth in the above entitled matter and enters a Nolle Prosequi in indictments 02, 03, 05 & 05 for the reason that it is in the interest of justice to do so.

Respectfully submitted,

THE COMMONWEALTH

Robert Schmidt
Assistant District Attorney

Dated: March 14, 2019

schmr/ rs

True copy. Attest: Assistant Clerk

**COMMONWEALTH OF MASSACHUSETTS**

**HAMPDEN, ss**

**DEPARTMENT OF THE TRIAL**
**OF THE TRIAL COURT**
**SUPERIOR COURT**
**NO. 14-1100, 02, 03, 04, 05**

**COMMONWEALTH**

**V.**

**JOHN J. SMITH JR.**

**NOLLE PROSEQUI on Counts 2 - 5**

Now comes The Commonwealth in the above entitled matter and enters a Nolle Prosequi in indictments 02, 03, 05 & 05 for the reason that it is in the interest of justice to do so.

Respectfully submitted,

THE COMMONWEALTH

Robert Schmidt
Assistant District Attorney

Dated: March 14, 2019

schmr/ rs

A true copy.
Attest:
A Assistant Clerk

Hampden Division
Superior Court Department

Case No. 14-1100 (1-5)

**CLERK'S LOG**

**COMMONWEALTH v.** John Smith

______________________ Assistant District Attorney

______________________ Attorney for the Defendant

| Date | Judge | Procedure | Clerk | Ct. Reporter / JAVS |
|---|---|---|---|---|
| 11-13-14 | Page J #1 | | Cullin | Foulks |
| | | ATTY.: Stephen Shea apptd (R53) / ~~PVT~~ | | |
| | | BAR ADV. FEE: $150 imposed | | |
| | | (WFR / NGP) | | |
| | | TRACK: A TERMINATION DATE: 5-12-15 | | |
| | | DISCOVERY BY: 12-12-14 | | |
| | | PTC: 12-29-14 PTH: 2-11-15 | | |
| | | FTA AND CRIME WARNINGS: (Limec) Given | | |
| | | BAIL: $10,000, cash / | | |
| | | $100,000. surety w/o | | |
| | | prej. | | |
| 12-2-14 | Page, J #1 | Atty. Shea allowed to | Cignoli | Foulks |
| | | w/draw; Atty. Weisser | | |
| | | appointed p/R53; $150 | | |
| | | Bar Advocate fee assessed; | | |
| | | After hearing the request | | |
| | | for reduction in bail | | |
| | | is denied. Cont to | | |
| | | 12-29-14 for PTC and | | |
| | | 2-11-15 for PTH. Habe | | |
| | | to issue | | |
| 2/11/15 | Kinder, J. | PTC report filed – | Roscoe | Foulks |
| | | conti to 4/17/15 FPTC | | |
| | | and 5/4/15 (T) – Short (T) case | | |

Hampden Division
Superior Court Department

Case No. 14-1100 (1-5)

**PAGE 2**
**CLERK'S LOG**

**COMMONWEALTH v.**
John Smith

| Date | Judge | Procedure | Clerk | Ct. Reporter / JAVS |
|---|---|---|---|---|
| 4-10-15 | Carey, J #1 | Deft. counsel does not appear- | Sims | — |
| | Disc. | hrg taken off todays list. | | |
| 4-17-15 | Carey, J. #1 | Δ MTC allowed by | Rivera | Faulks |
| | | agreement. | | |
| | | Δ MFF allowed. | | |
| | | Discovery agreement filed | | |
| | | Pl 10 Denied after Hearing. | | |
| | | Case cont. for FPTC | | |
| | | 6-10-15 | | |
| | | Ⓣ. 7-9-15. | | |
| 6-10-15 | Page, J #1 | Report filed; cont to | Cignoli | Aarons |
| | | 6-23-15 for change of plea; | | |
| | | 7-9-15 for Ⓣ. Habe to | | |
| | | issue | | |
| 6-23-15 | Page, J #1 | Sent to Kinder, J for | Cignoli | Faulks |
| | | change of plea | | |
| 6/23/15 | Kinder, J. #7 | Defendant retracts | Dolahan | Aarons |
| | | and pleads guilty | | |
| | | to Ct. #1 as indicted. | | |
| | | Court accepts def's. | | |
| | | plea of guilty. | | |
| | | Sentence: | | |
| | (Ct. #1) | 2 yrs. to the Hampden | | |
| | | County HOC. | | |

A2891-F

01100 129647 9/A20139 G-85

Hampden Division
Superior Court Department

LAUDRA S. GENTILE, ESQ.
CLERK/MAGISTRATE

Case No. 14-1100

PAGE 3
CLERK's LOG

COMMONWEALTH v.

John Smith

| Date | Judge | Court Room | Procedure | Clerk | Ct. Reporter |
|---|---|---|---|---|---|
| 6/23/15 | Kinder, C. | 7 | CREDIT: 363 days $60 VWF assessed. Commonwealth to file Nolle Prosequi as to Cts. #2, #3, #4 and #5. | Dolahev | Aaron |
| 7-2-15 | Page, J | 1 | Plt #22 - Allowed; see indorsement of the Court [illegible] | Cignoli | [illegible] |

A true copy.

Attest: [signature]

Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO.

14 1100-1

COMMONWEALTH
VS.
JOHN SMITH

**INDICTMENT**
**DRIVING TO ENDANGER**

**GENERAL LAWS CHAPTER 90, SECTION 24**

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**JOHN SMITH**

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE and WESTFIELD in the County of Hampden, upon any way or in any place to which the public has a right of access, or in any place to which members of the public have access as invitees or licensees, did operate a motor vehicle recklessly or negligently so that the lives or safety of the public might be endangered, in violation of General Laws chapter 90, section 24.

**A TRUE BILL**

[signature] Foreperson of the Grand Jury

Grace Taylor
Assistant District Attorney

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**RETURN**

HAMPDEN, ss On this 21st day of October, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: Brian A. Dolake Assistant Clerk

A true copy.

Attest: [signature]
Assistant Clerk

**COMMONWEALTH OF MASSACHUSETTS**

**HAMPDEN, SS**

**SUPERIOR COURT**
**INDICTMENT NO.**

**COMMONWEALTH**
**VS.**
**JOHN SMITH**

14 1100-2

**INDICTMENT**
**REFUSAL TO SUBMIT TO POLICE OFFICER**
**GENERAL LAWS CHAPTER 90, SECTION 25**

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**JOHN SMITH**

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE and WESTFIELD in the County of Hampden, while operating upon a way or place to which the public has a right of access as invitees or licensees, did refuse or neglect to stop when signaled to stop by a police officer who was in uniform, in violation of General Laws chapter 90, section 25.

**A TRUE BILL**

[signature]
Foreperson of the Grand Jury

[signature]
Assistant District Attorney

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**RETURN**

HAMPDEN, ss On this 21st day of October, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: [signature] Assistant Clerk

A true copy.

Attest: [signature]
A Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS

SUPERIOR COURT
INDICTMENT NO.

14 1100-3

COMMONWEALTH
VS.
JOHN SMITH

**INDICTMENT**
**LEAVING THE SCENE OF PROPERTY DAMAGE**
**GENERAL LAWS CHAPTER 90, SECTION 24**

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**JOHN SMITH**

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE in the County of Hampden, upon a way or a place to which the public has a right of access as invitees or licensees, did operate a certain motor vehicle and did go away without stopping and making known his name, residence, and the registration number of his motor vehicle after knowingly colliding with and causing property damage to a motor vehicle, the property of the City of Holyoke, in violation of General Laws chapter 90, section 24.

**A TRUE BILL**

Foreperson of the Grand Jury

Assistant District Attorney

**RETURN**

HAMPDEN, ss On this 21st day of October, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: Brian R. Dolan Assistant Clerk

A true copy.

Attest:

Assistant Clerk

**COMMONWEALTH OF MASSACHUSETTS**

**HAMPDEN, SS**

**SUPERIOR COURT**
**INDICTMENT NO.**
14 1100-4

**COMMONWEALTH**
**VS.**
**JOHN SMITH**

---

**INDICTMENT**
**ASSAULT BY MEANS OF A DANGEROUS WEAPON**
**GENERAL LAWS CHAPTER 265, SECTION 15B(b)**

---

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**JOHN SMITH**

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE in the County of Hampden, did assault James Parnell by means of a dangerous weapon, namely a motor vehicle, in violation of General Laws chapter 265, section 15B(b).

**A TRUE BILL**

Foreperson of the Grand Jury

Assistant District Attorney

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**RETURN**

HAMPDEN, ss On this 21st day of October, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: Brian N. Lyonake Assistant Clerk

A true copy.

Attest:

Assistant Clerk

**COMMONWEALTH OF MASSACHUSETTS**

**HAMPDEN, SS**

**SUPERIOR COURT**
**INDICTMENT NO.**

**14 1100-5**

**COMMONWEALTH**
**VS.**
**JOHN SMITH**

---

**INDICTMENT**
**ASSAULT BY MEANS OF A DANGEROUS WEAPON**
**GENERAL LAWS CHAPTER 265, SECTION 15B(b)**

---

At the Superior Court, begun and holden at Springfield, within and for the County of Hampden, on the first Tuesday of October 2014. The GRAND JURORS for the Commonwealth of Massachusetts on their oath present that:

**JOHN SMITH**

defendant herein, of Westfield in the County of Hampden, on or about June 25, 2014 at HOLYOKE in the County of Hampden, did assault William Padilla by means of a dangerous weapon, namely a motor vehicle, in violation of General Laws chapter 265, section 15B(b).

**A TRUE BILL**

[signature]
Foreperson of the Grand Jury

Grace Taylor
Assistant District Attorney

**RETURN**

HAMPDEN, ss On this 21st day of October, 2014, this indictment was returned and presented to said Superior Court by the Grand Jury, and ordered to be filed and filed.

ATTEST: Brian H. Dolahe Assistant Clerk

A true copy.

Attest: [signature]
Assistant Clerk

# COMMONWEALTH OF MASSACHUSETTS

*Hampden, ss.*

*Superior Court Department of the Trial Court Case No(s).:* 14-1100

HAMPDEN COUNTY SUPERIOR COURT FILED DEC - 2 2014 [signature] CLERK OF COURTS

*Commonwealth*

HAMPDEN COUNTY SUPERIOR COURT FILED DEC - 2 2014 [signature] CLERK OF COURTS

*- vs -*

John Smith

## APPEARANCE

*In the above entitled action I appear for the Commonwealth - Defendant.*

Jeffrey S. Weisser
*Attorney*

2 South Bridge Dr. Agawam
*Address*

786-3800
*Telephone*

*BBO#* 521400

A true copy.

Attest: [signature]

Assistant Clerk

5

| MITTIMUS FOR SENTENCE | | | DOCKET NUMBER<br>1479CR01100 | | Trial Court of Massachusetts<br>The Superior Court | |
|---|---|---|---|---|---|---|
| DEFENDANT NAME<br>John J Smith | | | DOB<br>05/12/1957 | GENDER<br>Male | SUPERIOR COURT LOCATION<br>Hampden County Superior Court | |
| PCF NO<br>369947 | SID NO<br>MA00280620 | SOC SEC NO | SENTENCE START DATE<br>06/23/2015 | | JAIL CREDIT DAYS<br>363 | TOTAL OF VW FINES/ FEES/ ASSESSMENTS<br>210.00 |

**TO THE OFFICIAL IN CHARGE OF: Hampden County House of Correction**

The above defendant has been convicted of the offense(s) shown below. This Court has **ORDERED** that the defendant be committed to the above institution and confined there pursuant to the sentence described herein.

| COUNT | OFFENSES | DATE OF OFFENSE |
|---|---|---|
| 1 | **RECKLESS OPERATION OF MOTOR VEHICLE c90 §24(2)(a)** | **06/25/2014** |

Sentence Imposed: Committed to HOC

| | | | | | | |
|---|---|---|---|---|---|---|
| Term: | Years | 2 | Months | 0 | Days: | 0 |
| To Serve: | Years | 2 | Months | 0 | Days: | 0 |

HAMPDEN COUNTY
SUPERIOR COURT
FILED

JUN 23 2015

CLERK OF COURTS

| CHIEF JUSTICE OF THE SUPERIOR COURT | DATE ISSUED | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK |
|---|---|---|
| **WITNESS: Hon. Judith Fabricant** | **Jun 23, 2015** | *X* |

**RETURN OF SERVICE**

The conveying officer hereby certifies that he or she has conveyed the defendant to the institution named above, along with the original of this mittimus. The receiving officer hereby certifies that he or she has received the defendant on behalf of the official in charge of such institution, along with the original of this mittimus.

| DATE & TIME OF ARRIVAL AT INSTITUTION | SIGNATURE OF CONVEYING OFFICER | SIGNATURE OF RECEIVING OFFICIAL |
|---|---|---|
| **06/23/2015** | *X* | *X* |

Date/Time Printed: 06-23-2015 14:35:27

SCR025\ 06/2015

A true copy. Attest:

Assistant Clerk

20

| MITTIMUS FOR SENTENCE | DOCKET NUMBER<br>1479CR01100 | | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|---|
| DEFENDANT NAME<br>John J Smith | DOB<br>05/12/1957 | GENDER<br>Male | SUPERIOR COURT LOCATION<br>Hampden County |

**DEFENDANT'S ALIASES:**

**John Smith Jr**