EXHIBIT 5

OFFICER SAMUEL DELVALLE DEPOSITION PAGES 8, 10, 13, 22-23

1

Pages 1-46
Exhibits 7-8

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 3:17-CV-30078

JOHN J. SMITH, JR.,

       Plaintiff,

v.

CITY OF HOLYOKE OFFICERS JAMES
PARNELL, CRYSTAL MANZI, SAMUEL
DELVALLE AND MSP TROOPER
THIAGO O. MIRANDA,

       Defendants.

---

DEPOSITION OF SAMUEL DELVALLE
TAKEN NOVEMBER 15, 2018
AT THE LAW OFFICES OF
KOTFILA & JORDAN
ONE MONARCH PLACE, SUITE 1340
SPRINGFIELD, MASSACHUSETTS

Reporter: Raymond F. Catuogno, Jr.

**Page 6**

1  have you answer all of my questions verbally as
2  opposed to a nod or shake of the head. And
3  secondly, if you could wait until I'm done with
4  my question until you give your answer.
5      A.  Understood.
6      Q.  Thank you.
7          First, are you currently employed?
8      A.  Yes.
9      Q.  And where do you work?
10     A.  For the City of Holyoke,
11 Massachusetts.
12     Q.  In what capacity?
13     A.  Holyoke Police Department.
14     Q.  How long have you been with the
15 Holyoke Police Department?
16     A.  About nine years.
17     Q.  Did you graduate the academy?
18     A.  Yes.
19     Q.  What year did you graduate the
20 academy?
21     A.  2010.
22     Q.  Are you currently a patrolman?
23     A.  Yes.
24     Q.  Have you been a patrolman your

**Page 7**

1  entire nine years on the police department?
2      A.  Yes.
3      Q.  Had you worked with any police
4  departments prior to Holyoke?
5      A.  No.
6      Q.  And you're aware that you're being
7  deposed today relative to an incident and arrest
8  that occurred on June 25, 2014 involving John
9  Smith?
10     A.  Yes.
11     Q.  Do you recall that incident and
12 arrest?
13     A.  Yes.
14     Q.  Officer, did you review any
15 documents in preparation for your deposition
16 today?
17     A.  Yes.
18     Q.  What documents did you review?
19     A.  My supplemental narrative.
20     Q.  In fact, we have two reports that
21 are marked as exhibits for this deposition. One
22 is a Supplemental Narrative Report from you
23 dated 6/25/2014, and the other is a Use of Force
24 Report signed by you, also dated 6/25/14.

**Page 8**

1          Are those two reports that you
2  submitted in regard to this incident?
3      A.  Yes.
4      Q.  Other than those two reports, did
5  you complete any other reports concerning this
6  incident?
7      A.  No.
8      Q.  Other than your attorney, did you
9  speak with anybody in regard to your deposition
10 testimony today?
11     A.  Yes.
12     Q.  Who did you speak to?
13     A.  Just parties involved in the same
14 suit.
15     Q.  When you say "parties involved,"
16 you mean the other officers?
17     A.  Correct.
18     Q.  Would that be Officer Manzi and
19 Officer Parnell?
20     A.  Yes.
21     Q.  Was it with regard to substantively
22 what happened that day or with regard to the
23 fact you were being deposed today?
24     A.  The fact I was being deposed.

**Page 9**

1      Q.  Okay. I'm going to turn your
2  attention, Officer, to the date of the incident,
3  which you testified you recall.
4          By the time you became involved in
5  the incident, was the pursuit already in
6  progress?
7      A.  Yes.
8      Q.  So you had -- you were not involved
9  in anything or did not witness anything that
10 happened between Smith and any of the other
11 Holyoke police officers on Elm Street?
12     A.  No.
13     Q.  Officer, how did you learn that the
14 pursuit was in progress?
15     A.  Through a radio dispatch or
16 broadcast.
17     Q.  And that was a Holyoke Police
18 Department radio dispatch?
19     A.  Yes.
20     Q.  Where were you physically when you
21 received that call?
22     A.  I don't remember.
23     Q.  Were you in a police officer patrol
24 car?

**Page 10**

1  A. Yes.
2  Q. A marked cruiser?
3  A. Yes.
4  Q. Were you with any other officers that day?
6  A. No.
7  Q. Do you recall the nature of the report that you received, what was said over the dispatch?
10 A. No.
11 Q. As a result of receiving that information over dispatch, what did you do?
13 A. I responded to the area of Hampshire and Pleasant -- I'm sorry, Hampden and Pleasant.
16 Q. When you arrived at Hampden and Pleasant Streets, what was happening or what did you observe?
19 A. There were several units pursuing a vehicle.
21 Q. And were all the units at that time that were pursuing -- were they all Holyoke Police Department?
24 A. Yes.

**Page 11**

1  Q. And did you physically see Smith's vehicle at that time?
3  A. I was maybe three cars behind, three or four cars behind, cruisers.
5  Q. I'm sorry, I didn't mean to interrupt you. There were three or four cars between Smith's car and yourself?
8  A. Yes, police cruisers.
9  Q. Did the cruisers between you and Smith have their overhead lights activated?
11 A. Yes.
12 Q. Do you recall if they had their sirens on?
14 A. Yes.
15 Q. Did you yourself activate your overhead lights at that point?
17 A. Yes.
18 Q. And your siren?
19 A. Yes.
20 Q. Do you recall, Officer -- at the time you joined the pursuit, had you received any information either from dispatch or from any other officers regarding any offenses that Smith had committed at that point?

**Page 12**

1  A. I remember hearing Officer Parnell during the pursuit.
3  Q. What do you recall hearing from Officer Parnell during the pursuit?
5  A. Locations, incidents, that Mr. Smith was -- Mr. Smith's behavior, let's put it that way, or conduct, how he was driving.
8  Q. And what specific incidents do you recall Officer Parnell conveying over the radio that Smith had done?
11 A. Coming in contact or swerving into cruisers.
13 Q. Do you recall if Officer Parnell had said over the radio whether Smith had done that intentionally or by accident?
16 A. I don't remember.
17 Q. Do you recall if Officer Parnell said anything over the radio in which Smith was alleged to have tried to hit Officer Parnell himself or any other officers?
21 A. I don't remember.
22 Q. Do you recall, Officer, hearing from either Officer Parnell or from any other Holyoke officers or dispatch that Mr. Smith had

**Page 13**

1  attempted to take out -- and I actually mean those words, "take out", any of the other police cruisers during the pursuit?
4  A. I don't remember.
5  Q. Once you became involved in the pursuit at Hampden and Pleasant Streets, where did the pursue progress from there?
8  A. We went up Hampden Street. We got onto the highway heading north towards Northampton.
11 Q. And I will stop you there. When you say highway, is that 91 north?
13 A. That is 91 north.
14 Q. You can go ahead.
15 A. We got off an exit in Northampton. We got on to Route 5 heading south towards Holyoke. And from Route 5, I don't remember what streets afterward. At some point we got on to 202, which is Lower Westfield Road heading towards Westfield.
21 Q. During that time, Officer, from the route you just described from Hampden Street into Westfield, were you able, from your position in the line of cars, to observe how

## Page 22

1   A.   Yes.
2   Q.   How did that happen?
3   A.   I saw that he was not giving his
4   arms out or allowing officers to handcuff him
5   despite officers demanding that he put his hands
6   behind his back and I remember Officer Manzi
7   being there.
8   Q.   Could you actually hear commands or
9   directives from officers towards Smith?
10  A.   I heard commands and words.
11  Q.   What do you recall hearing?
12  A.   "Put your hands behind your back,
13  give me your arm." That's what I recall.
14  Q.   And it's your testimony you don't
15  recall seeing him comply with those commands?
16  A.   That is correct.
17  Q.   Do you recall -- strike that.
18       At the time you observed this, was
19  Smith on the ground?
20  A.   Yes.
21  Q.   Was he on his -- was he face down
22  or face up?
23  A.   Face down.
24  Q.   Do you recall the position of his

## Page 23

1   arms, where his arms were?
2   A.   They were tucked right in between
3   his chest and his hands were underneath his
4   chest area.
5   Q.   And you're kind of indicating on
6   yourself both arms almost crossed over his
7   chest?
8   A.   Hands were under the chest, arms
9   were next to his ribs.
10  Q.   Were they in tight to his body?
11  A.   Tight, yes.
12  Q.   Do you recall approximately,
13  Officer, how many officers were engaged with
14  Smith at that time?
15  A.   No.
16  Q.   Could you tell from his position at
17  that point approximately how old he was?
18  A.   No.
19  Q.   Could you tell how big he was?
20  A.   No.
21  Q.   Do you recall seeing a police dog
22  on the scene?
23  A.   No.
24  Q.   Did Holyoke have a police dog at

## Page 24

1   the time, Canine Unit?
2   A.   I believe Officer Welch was
3   working.
4   Q.   He was the canine officer, Officer
5   Welch?
6   A.   I can't say if at the time he was
7   the canine officer.
8   Q.   Now, at some point, Officer, did
9   you observe Officer Manzi deploy her Taser into
10  Smith?
11  A.   Yes.
12  Q.   And did you also observe her
13  administer a drive stun to his back?
14  A.   I saw her administer a drive stun.
15  Q.   Okay. And just so I'm clear, Taser
16  and drive stun are actually two separate
17  actions?
18  A.   Yes.
19  Q.   When you Taser someone, that is
20  when the wires go into them; is that right?
21  A.   Yes.
22  Q.   And when you drive stun them, it's
23  where you activate it and you can physically
24  press it on the person's body?

## Page 25

1   A.   You have to pull the cartridge over
2   where the prongs are located and you can
3   administer a drive stun that way.
4   Q.   What is the effect on an individual
5   in terms of those two actions by an officer?
6        MR. EMMA: Objection. You may
7   answer, if you can.
8   A.   I can't speak to his experience as
9   to what he felt.
10  Q.   I'm sorry, I'm saying in general.
11       If you Taser a person and you drive
12  stun them, what is the difference in those two
13  actions?
14       MR. KITTREDGE: Objection.
15  Q.   (By Mr. Kotfila) You can answer,
16  if you know.
17  A.   I won't answer. I don't think I
18  have the capacity.
19  Q.   In other words, if you shoot a
20  Taser into somebody, does that electrocute them
21  to an extent? Are volts administered to them?
22       MR. EMMA: Objection.
23  Q.   (By Mr. Kotfila) If you know.
24  A.   I can't speak to that.