EXHIBIT 6A

R. PAUL McCAULEY CURRICULUM VITAE

CURRICULUM VITAE

RANDALL PAUL MCCAULEY, PH.D.

4620 Lucerne Road
Indiana, Pennsylvania   15701
(724) 349-9676
rpaulmccauley@gmail.com

PERSONAL DATA

Address and Telephone:    4620 Lucerne Road
                          Indiana, Pennsylvania 15701

Date of Birth:            13 January 1943

Place of Birth:           Highspire, Pennsylvania

Marital Status:           Married Gail Lee Gummo
                          30 January 1965

Children:                 Brent Clayton McCauley
                          Born 28 December 1980

Military:                 United States Marine Corps
                          2 January 1962 - 29 April 1966
                          Honorable Discharge

EDUCATION AND TRAINING

1980    Research Accepted for M.Phil. as Post Doctorate,
        Cambridge University (England), Clare College.

1973    Doctor of Philosophy (Fellow), Sam Houston State
        University.  Criminal Justice Administration.

1971    Master of Science (Fellow), Eastern Kentucky University
        Higher Education - Criminal Justice.

1969    Bachelor of Science, Virginia Commonwealth University
        Administration of Justice/Sociology.

1968    Associate of Science, Harrisburg Area Community College
        Public and Police Administration.

1967      National Police College/Her Majesty's Police College
         and Home Office Detective Course, Bramshill and
         Liverpool, England (12 weeks - Certificate).

PROFESSIONAL EXPERIENCE

Present                        Professor Emeritus and practicing
                              consulting criminologist

1 June 1987 - June 2010       Professor of Criminology (tenured 15
                              August 87).

July - September 1987         Fulbright Senior Scholar -Sociology/
                              Social Work.  Visiting Fellow (See
                              Fulbright, Summary.) School of
                              Business, Phillip Institute of
                              Technology, Australia.

December 1982 -               Chairman, Department of Criminology.
1 June 1987.                  Professor of Criminology, Indiana
                              University of Pennsylvania.
                              Responsible for a department of 650
                              undergraduate and graduate students
                              and fourteen faculty members and
                              staff.  Duties included departmental
                              budget, personnel management and
                              supervision, curricular review, and
                              representing the academic discipline
                              for the University on and off campus.
                              The department's extraordinary
                              accomplishments in a relatively short
                              period of time reflects my philosophy
                              of management and administration,
                              i.e., provide opportunities for
                              everyone to seek excellence in their
                              own contributions to the goals of the
                              organization.  Participation (real
                              participation) risk taking, non-
                              conformity, developing strengths and
                              accepting weaknesses are the essence
                              of success.  My role is one of being a
                              facilitator of success, a leader
                              rather than a manager.

1 July 1981 -                 Professor (Tenured), Director of
31 December 1982              Graduate Studies, Associate of the
                              Southern Police Institute and the

National Crime Prevention Institute, School of Justice Administration, University of Louisville, Louisville, Kentucky.  Member of the Graduate Faculty and Graduate Council.  Active in Planning University Sponsored Programs (NIH-NIMH-LEAA-HEW-NEH).

June 1976 - June 1981    Associate Professor (Same as above) Develop, implement, and maintain graduate programs at the Master's and Interdisciplinary Doctoral levels. Acquire and direct grants ($100,000 plus) in support of graduate programs. Prepare and evaluate curriculum and graduate faculty recruiting plans. Coordinate all graduate programs with the various academic bodies of the University and the State Council on Higher Education.  Teach, conduct and supervise research.

June 1973 - June 1976    Assistant Professor
June 1969 -
September 1970           Administrator, Burns International Security Services Inc., Richmond, Virginia.  The second executive position in the Richmond office. Responsible for monitoring $5-million budget, plus a $1 million electronic alarm center.  Develop and implement sales and maintenance policy for management and operation duties.  The office employed 700 personnel plus an office staff of 20.  Reported directly to manager.  Just prior to leaving this position to return to graduate school, I was offered a position as assistant regional manager in Philadelphia, Pennsylvania, and later assistant to the President.

1961-62, April 1966 -
September 1969*          Highspire Borough Police, Highspire, Pennsylvania.  1961 Special and Aux. police captain.  General patrol and Training Captain (1968) area

police personnel and assigned to state training grant. Commander/coordinator of special police and Aux. units. NRA certified police pistol, rifle, shotgun instructor.  Qualified Distinguished Police Marksmanship (NRA). Life-Saving and First-Aid certified. Air observer- NCSHP.  BIG-M Security

January 1962 --
April 1966

Ordnance NCO, United States Marine Corps.  Maintain ordnance ready status and security of Marine Air Station. Also, maintain and supply ordnance components to line units from Air Station Ordnance Center.  Leader of eight man ordnance team.  Training NCO/Coordinator for NBC warfare. (Awarded Good Conduct and National Defense Medals—honorable discharge.)

*Related Notation-1984

Nominated by command officers of the Pennsylvania State Police for position of Commissioner/Colonel of the Pennsylvania State Police (one of two finalists)

## PRINCIPAL MEMBERSHIPS

- Police Executive Research Forum, 2007-.
- Inducted Phi Kappa Phi, National Honor Society, March 2002.
- Fulbright Association, 1992-Life (Australia 87).
- Academy of Criminal Justice Sciences, 1972 - 1987, Member of the Executive Board and Trustee, 1980 - 1982 (Three National Committee Chairmanships) 1978, 1979, 1980 President, 1985-1986. (Life member)  Charter member Police Section, 1990.  Charter member Security Section 1991.  Member, Section on Women, 1991.
- International Association of Chiefs of Police, 1988 - Present.
- American Correctional Association, 1973 - 1979.
- American Society for Industrial Security, 1970 - 1980; 1988 - Present.
- American Society of Criminology, Life member.
- American Society for Public Administration, 1976 - 1983.
- Criminal Justice Research Society, (Life)
- Alpha Phi Sigma, National Criminal Justice Honor Society (National Faculty Advisor 1980-81), 1969 - (Life).
- Kentucky Association of Criminal Justice Educators, 1973 - 1982,  Vice President, 1977-1978, Trustee, 1979-1980.

- Northeastern Association of Criminal Justice Educators, 1983 - Present.
- Pi Gamma Mu, National Social Science Honor Society, Life
- Virginia Commonwealth University Alumni Association, 1969 - Present.
- Fraternal Order of Police (Active) 1966 - 1991 (Life membership awarded 1991).
- National Rifle Association Life 1965-Patron Member 2012.
- Eastern Kentucky University Alumni Association, 1970 - Present.
- Sam Houston State University Alumni Association, 1973 - Present.

## PRINCIPAL LECTURES (INVITED)

- Fulbright Lectureship (Senior Scholar) Crime in the Workplace: Security and Police Interactions to Reduce Crime, Liability and Negligence.  1987 Australia.  (See Fulbright, Summary).

- Her Majesty's National Police College The Police Establishment: Over Managed and Under Led, Bramshill, England.  March 1987.

- Yale University Silliman College, 1984. "Criminology in the Complex Mosaic of Higher Education."

- Harvard University, Institute of Politics, Kennedy School of Government, Cambridge, Massachusetts, 1976.  Topic "Human Behavior and Crime Prevention Policy."

- Massachusetts Institute of Technology, Innovative Resource Project, Cambridge, Massachusetts, 1973.  Topic "The Levels of Analysis-Reported Crime."

- Oxford University, England, 1967.  "Socialization and Legitimization of the Police Service."

- Her Majesty's Police College, Bramshill, England, 1967. "The Juvenile Offender."

- IBM Corporate Security Executives, 1976. "Measuring Crime and Loss in the Workplace."

- George Washington University, 1977.  "Flexible Management Styles Need Not Be Weakness."

- FBI Academy, Quantico, Virginia, 1979,1981. "The Geriatric Delinquent."  1992 Police/Sheriff/Elderly Triad for safe streets.

## PRINCIPAL MEDIA ENGAGEMENTS

- 100 plus local, regional, national media engagements 1995-2005.

- Co-Interviewer of Sir Leon Radzinowicz, Pilot for Series
  Criminology:  Conversations with the Masters, WQED-TV
  Pittsburgh, March 1985.

- National Public Radio Network Program, Great Decisions, March
  30, 1979. "International Terrorism:  For Fun and Profit," with
  Dr. Israel Naamani.

- Moderator--Terrorism, hostages, clandestine threats:  An Inter-
  national Social-Political Perspective.  First Annual Crime
  Prevention Conference, National Crime Prevention Institute,
  Louisville, Kentucky, November 17, 1978 (KETN).

- Appeared on Granada Television, England "The American Police
  and Civil Disobedience(contracted), 1967.

- Appeared on British Broadcasting Corp. television (BBC-TV)
  England (contracted), 1967.

- (See Fulbright Summary for additional media presentations.

## DIRECTORSHIPS/TRUSTEESHIPS/EDITORSHIPS/OFFICES

- Member, Board of Directors, Chevy Chase Community Center.
  Member Law Enforcement-Community Committee. 2000-2006.
- Associate editor, Criminal Justice Policy Review, 1986-present.
- Editor, Criminal Justice Policy Review, 1984-1986.
- President, Academy of Criminal Justice Sciences, 1985-1986.
- Member, Advisory Board, Southwestern Law Enforcement Institute,
  Southwestern Legal Foundation. Dallas, Texas 1985.
- Member, Board of Directors--CMS Corporation, Atlanta, Georgia,
  1977-1980.
- Trustee, Kentucky Association of Criminal Justice Educators,
  1978-1980.
- Trustee-at-Large, Member of the Executive Board, Academy of
  Criminal Justice Sciences, 1980-1983.
- National Advisor--Alpha Phi Sigma, National Criminal Justice
  Honor Society, 1980-1981.
- Member, Editorial Advisory Panel - World Police Forces. George
  Kurian, ed., 1980.
- Referee/Reviewer, Justice Quarterly, Journal of Criminal
  Justice, Journal of Police Science and Administration.  John

Wiley & Sons Inc. Publishers, Prentice Hall, Inc. Publishers, HBJ Publishers. 1979-
- Explorer Scout Post (Law Enforcement) Advisory Committee, Louisville, Kentucky, 1979-1982.

## GOVERNMENTAL COMMISSIONS AND BOARDS

- Advisor to "Communities Organized for Fair Treatment of Municipalities." An organization of Pennsylvania Township Managers, 2000.
- U.S. Attorney's Law Enforcement Coordinating Counsel, Western District of Pennsylvania, 1991-1996.
- Mayor's Management Task Force, Louisville, Kentucky, 1982
- Appointed Advisor Reagan Presidential Congressional Task Force on Criminal Justice, 1980.
- Commissioner Lower Swatara Township--Police Civil Service Commission (an appointed office), 1968-1970.
- U.S. Congressional Study on the Uniform Emergency Call System "911," 1967.
- Greater Harrisburg Movement, Commission on Law Enforcement, 1967.
- Police Civil Service Commission--Ad hoc examining board, 1967-1970, Lower Swatara Township, Pennsylvania.

## PROFESSIONAL/ACADEMIC CONSULTATIONS AND ACTIVITIES

- Instructor, Federal Bureau of Investigation (FBI) 40 hours training course, July 20-24, 2009
- Consultant National Police Academy of South Korea—enhancing police training curricula with higher education components, May to October (on-site) 2007
- Qualified & testified in Supreme Court of British Columbia, Canada.
- Police Executive Research Forum (PERF) and Community Oriented Policing Services (COPS) U. S. Department of Justice executive session (Invited) *Conducted Energy Devices: Guidelines for Policy and Practice*. Philadelphia, PA August 3, 2010.
- Department of Homeland Security/CSR Preparedness Directorate, Office of Grants and Training Peer Review Project, 2006.
- Fulbright Senior Scholar Specialist (Criminology) and General Reviewer 1999-2002.
- External Faculty Tenure review--University of Pittsburgh, July 2000.
- 40 plus police and security consultations 1993 to March 1995.
- Chair, Academic Review Committee, Department of Criminal Justice, University of Nebraska, Kearney, 1992.
- National Crime Prevention Council. Member, Advisory Committee,

National Law Enforcement Executive Crime Prevention Survey, 1988-89.
- 40 plus Consultations in 1985-93.  Including Indiana Borough Pennsylvania-Police Pursuit Policy (Public Service Non-remunerated.)
- Criminal Justice advisor to Nova Technologies, Inc. Austin, TX XR-5000 (stun gun) testified before Pennsylvania Senate Judiciary Committee; U.S. Senator Ted Stevens' (Alaska) meeting on less than lethal "electronic weapons/stun guns, Washington, DC.;  New Jersey Attorney General's community meeting(1989—90 est.)
- Senator Patrick Moynihan, U.S. Senate.  Senate Bill 555, Consultant, 1984.
- Metropolitan Child Abuse Study, Louisville, Kentucky, 1979-1982.
- Central Virginia Criminal Justice Training Center--Consultant, 1976, 1977, 1978.
- West Piedmont Criminal Justice Training Academy--Consultant, 1976.
- International Business Machines--Consultant, 1976.
- Seiman's (West Germany)--Consultant, New York, 1977.
- Florida Institute Law Enforcement--Consultant, 1976-1984.
- U.S. Park Police--Consultant, 1977.
- U.S. Corps of Engineers, 1977 (Consultant/Lecturer).
- South Bend Indiana Civil Service Commission--Consultant, 1976.
- St. Petersburg Community College--Consultant, 1978, 1980, 1983.
- Indiana State Police-Crime Analysis--Consultant, 1979.
- State of Ohio-Minority Recruitment Project--Consultant, 1978.
- Howard County Maryland Police--Consultant, 1976.
- National Retired Teachers Association/American Association of Retired Persons-Crime Prevention Volunteers with the Federal Bureau of Investigation (FBI)--Consultant, 1976, 1978, 1983.
- Kentucky State Police Commanders--Labor Relations Consultant, 1977.
- Florida Atlantic University, Tenure Committee--Consultant, 1978.
- University of Detroit; Ph.D. Program in Criminal Justice--Consultant, 1976.
- Southwestern Legal Foundation, Law Enforcement Institute, University of Texas Dallas, 1978-1984-Academic Programs Liaison University of Texas.

## ACADEMIC COMMITTEES AND UNIVERSITY SERVICES

I have been exposed to a broad spectrum of University affairs. This exposure has been achieved by service on committees (appointed and elected).  During my ten years at the University

of Louisville, I served on more than thirty committees.  Those
committees include:

- Search Committee for Dean of the Graduate School (University)
- Tenure and Promotion Committee (School)
- Academic Long-Range Planning Committee (School/University)
- Public Service Occupations Professional Development (State)
- Private Security Training Committee (School)
- Grievance Committee (School)
- Curriculum and Planning Committee (School)
- Special Funds Committee (School)
- University Library Committee (University)
- Faculty Senate (University)
- University Computer Use Committee (University)
- Faculty Advisor--Alpha Phi Sigma--National Criminal Justice
  Honor Society (School)
- Undergraduate Curriculum Committee (School)
- Personnel Policies and Procedures Committee (School)
- Library Committee (School)
- Southern Police Institute Selection Board (School)
- Advisory Committee Interdisciplinary Master of Science Degree
  in the Administration of Justice (School)
- Advisory Committee Interdisciplinary Doctor of Philosophy
  Degree in the Administration of Justice (School)
- Industrial Security Task Force (School)
- School of Education Service Occupations Planning Committee
  (School)
- Criminal Justice Professional for Urban Studies Center
  (University)
- Various Master of Science and Doctor of Philosophy Degree
  Thesis Committees (School)
- Student Grievance Committee (University)
- Faculty Search Committees (4)
- Science II Computer Planning Committee
- Interdisciplinary Ph.D. Advisory Committee (Graduate School)
- Interdisciplinary Ph.D. Grant Awards Committee (Graduate
  School)
- Student Appeals Board, Alternate (University)
- Presidential Search, Faculty Advisory Committee, Alternate
  (University)
- Graduate Council (University)
- University Comprehensive Landscape Planning Committee

Committees at Indiana University of Pennsylvania include:

- Chair, Department of Criminology Security Committee.
- Chair, Security Survey/Audit and Plan Committee; Wilson Hall-

Department of Criminology.
- University Building Security Model Template--Campus Security --
- Survey/Audit Project with Director of Public Safety (65 building complex).
- Chair, Criminology College Change Committee (C4) 2004.
- Department Executive Committee-1997-current.
- Chair, Dean Search Committee--University (appointed by Provost), 1983-1984.
- Chair, University Council of Chairs--University (elected by University Chairs), 1983-1984.
- Chair, Endowment in Criminology $850,000--Department, 1983-1991.
- Member, College Foundation Committee, 1984.
- Member, College Council of Chairs 1982-1987, Chair 1983-84.
- Department representative to APSCUF and Chair Standing Committee on Constitution and Bylaws, 1988-1990.
- Member, Senate and Senate Academic Procedures Committee, 1987-1989.
- Member or Chair, Department Promotion, Evaluation and Tenure Committees, 1989, 1990, 1993, 1994, 1995.
- Chair, Faculty Search Committee - 3 Positions, 1989.
- Member, Public Safety Advisory Committee, 1983-1990.
- Member/Chair Department of Criminology, Executive Committee 1992-Present.
- Member, Department of Criminology, Ph.D. Committee 1992-
- Chair, Department of Criminology Commencement Committee, 1994.

## AWARDS AND ACHIEVEMENTS

### Academic

- Distinguished Alumnus 2001, Eastern Kentucky University, College of Justice and Safety.
- Distinguished Alumnus 1988, Harrisburg Area Community College.
- Gold Medal Educator of the 1980's. (International) Project Innovation of the journal Education. Fall 1987. Endorsed by Dr. Margaret Meade and Lord C.P. Snow. Nominated by Dr. Robert Hoye.
- Honored Yale University - Silliman College "Distinguished Career and Academic Leader" (March 84).
- Graduate Fellowship, Eastern Kentucky University--Master of Science Degree.
- Accepted Post Doctoral Research - Cambridge University England 1980.
- Doctoral Fellowship, Sam Houston State University--Doctoral Degree in Criminal Justice Administration, 1971.
- Invited to join "Systems Group" at the University of Louisville by University President, James Grier Miller 1976.

- Named in Who's Who Among Students in American Junior Colleges, 1968.
- High School, American Legion Award for Scholastic Achievement, 1956.

Professional

- Outstanding People of the 20th Century, International Biographical Centre, Cambridge, England 2000. Presented by my students.
- Elected President of the Academy of Criminal Justice Sciences 1985, the primary international organization of criminal justice research, policy and education.  Chaired three national Academy committees.
- Marquis Who's Who in America--39th Edition.
- Marquis Who's Who in the World--10th Edition.
- Marquis Who's Who in American Education--6th Edition
- Who's Who in the East, 1984-1985.
- Who's Who in American Law Enforcement, 1981.
- Who's Who in Law Enforcement, 1990.
- Boy Scouts of America Certificate of Appreciation - Explorer Scouts, 1980.
- Who's Who in the South and Southwest, 1977.
- Personalities in the South, 1976.
- Men of Achievement, Cambridge, England, 1976 and 1991.
- Certificate of Appreciation, Louisville Civil Service Commission 1975.
- Lions Club Certificate for Public Service, 1974.
- Navy League Award for Distinguished Community Service, 1968.
- Certificate of Appreciation, National Crime Prevention Institute (2).
- Resolution of Appreciation, Southern Police Institute Alumni Associations (2).
- Commissioned, Kentucky Colonel--Member Honorable Order of Kentucky Colonels.

- Certificate of Appreciation, Mayor of Chesapeake, Virginia, Minority Recruitment Project.
- Certificate of Appreciation, Alpha Phi Sigma, for serving as National Faculty Advisor, 1980.
- Mayor's Citation of Merit, Louisville, Kentucky, 1982.
- Paul Harris Fellow, Rotary International Foundation (non-member), November 1997.

GRANTS RECEIVED AND DIRECTED

Co-Investigator with Principal Investigator R. Gido. Police

Effectiveness and Alternatives in the Commonwealth of Pennsylvania. Local Government Commission, Local Law enforcement Task Force, 1997-1998

National Crime Prevention Council. Assessment and Plan for National McGruff House Program, Washington, D.C., 1989, Principal Investigator, ($5,000).

Fulbright & Phillip Institute of Technology combined grants $6459 Aus. Summer 87.

Developmental Grant for M.S. Degree Program in the Administration of Justice, University of Louisville. Kentucky Department of Justice. $50,000, 1973.

Implementation Grant (same as above) $30,000, 1974. Supplemental grant $10,000 1974.

Developmental Grant for Interdisciplinary Ph.D. in the Administration of Justice, University of Louisville. $25,000, 1976

Chesapeake Minority Recruitment and Manpower Development Project. U.S. Department of Justice LEAA Discretionary Pilot "O" Funds #73-DF-03-0012. $15,000. Awarded to R.P. McCauley and Richard Snarr.

Minority Recruitment Manual for Ohio Peace Officers. Attorney General of Ohio. Grant #76-1C-A02-0006 $15,000. Awarded to Richard Snarr and Paul McCauley.

Creative Teaching Grant, Indiana University of Pennsylvania. $3,000. 1984.

Development Grant Criminal Justice Policy Review from the Imprint Series. $50,000. Five year award in diminishing amounts 1984.

## GRANT EVALUATIONS

Fulbright Senior Fellow, Specialist Reviewer, Criminology-Police-Security and Crime Prevention, 1999-present.

National Institute of Justice, United States Department of Justice, Peer Review Panel: Police Use of Force (ten grant applications) August 1995.
U.S. Department of Justice/LEAA, Evaluator of all Crime Analysis Projects/Grants 1974-1975.

<u>1979 Crime Analysis Project/Report</u> -Commonwealth of Kentucky, R. Paul McCauley, Technical Evaluator.

National Crime Prevention Institute Representative to Law Enforcement Assistance Administration, U.S. Department of Justice on <u>all</u> Crime Prevention/Analysis Grants/Evaluations 1974-76.

STUDENT RESEARCH SUPERVISION

Undergraduate Scholarship Mentoring

McNair Scholar mentor for Jerrod W. Foster. <u>Crime, Sins, or Virtues:  A Content Analysis of the Movie <i>Animal House.</i></u> (June 2009)  Presented by invitation to Fourth Annual Undergraduate Scholars Forum, 1 April 2010.

Graduate Research Supervision

Burke, Alison S. <u>Criminal Justice Training and Education in Pennsylvania: A budgetary Report</u>. May 8, 2006. (R. P. McCauley faculty supervisor).

Doctor of Philosophy Degree - Dissertations

   George Coroian, MS, J.D.  <u>Law Enforcement Use of Deadly Force and Civil Liability:  A Test of the Compliance of Section 508 of the Pennsylvania Crimes Code to the Tennessee V. Garner Standard.</u> June 2009. (Chair)

   Philip Matthew Stinson, MS, J.D.  August 2008 title "Police Crime: A Newsmaking Criminological Study of Sworn Law Enforcement Officers Arrested, 2005-2008. (Member)

   Kathrine Johnson - <u>"Just Say No" and Young Adults: A Study of the Relationship Between Understanding, Acceptance and Saying No</u>. Chair, December 1994.

   Glenn Zurn, <u>Mandatory Drug Induced Sobriety and the Social Lives of Criminal Alcoholics: Personal Accounts of Disulfiram Recipients</u>.  Member 1994.

   Kevin Courtwright, Member 1995-Completed

   Chidchai Vanasatidya - <u>A Study of Factors Related to Arrest Performance in the Case of Thai Police Patrolmen.</u>  Robert Durig, Sociology,

Chairman.   Completed May 1976. -Member.

Bradley Garrett - <u>Administration of Bail in Jefferson County,</u>
<u>Kentucky:  A Prediction of Pre-Trial Crimin-</u>
<u>ality.</u>  Completed December 1982. Co-Chairman.

Stephen Krawiec - <u>Self-Reported Naturally Occurring Regression.</u>
Clinical Psychology.  James Driscoll, Ph.D.,
Chairman.  Completed January 1984. -Member

Connie Bondi        - Chair, 1991-1992.  Research terminated.

<u>Interdisciplinary Ph.D. Program Development Committees (Graduate</u>
<u>School)</u>

Aubrey Briggs - R. Paul McCauley, Chairman.
J. Vanderpool - R. Paul McCauley, Chairman.
Gretchen Johnson - R. Paul McCauley, Member.
John Ryan - R. Paul McCauley, Member.
Thomas Atkins - R. Paul McCauley, Chairman.
Pam Leone - R. Paul McCauley, Member (Psychology).

<u>Master of Science Degree - Professional Papers</u>

Dennis Goss - <u>College Education and Kentucky State Police</u>
<u>Personnel Performance.</u>  R. Paul McCauley,
Chairman, Completed August, 1976.

Thomas Egan - <u>Juvenile Attitudes Toward Property Offenses.</u>
Robert Durig, Sociology, Chairman.  Completed
December, 1977.

<u>Master of Engineering Degree</u>

Masri, Bassam Chafic - <u>The Behavior of Glazing Materials to</u>
<u>Impact Loading.</u>  M.Eng. R. Paul
McCauley, Co-Chairman with M. Cassara,
1982.

Andari, Tamer Salim - <u>Recommended Standard for Testing Glazing</u>
<u>Materials Subjected to Impact Loadings.</u>
M.Eng. R. Paul McCauley Co-Chairman,
1982.

<u>Bachelor of Science Degree - Senior Corrections Papers</u>(Honors)

Darrel D. Gordon, Jr. - <u>A Comparison Study of Pretrial Diver-</u>

sion and Formal Court Probation.
April 1975.

L. Diane Pollei - A Survey of Correctional Employment Opportun-
ities and Recommendations.  September 1975.


Fred S. Hollenbeck - The Louisville-Jefferson County Volunteer
Probation Officer Program:  A Follow-Up
Study.  July 1976.


Highest Honors Paper

Sherry McConnell - Factors Relating to Applicant Selection
Within the Kentucky State Police.  R. Paul
McCauley -Chairman.  December 1979.


Research In Progress (2010-)

McCauley, R. Paul and Bieger, George.  Can People be Trained to
Collectively Attack a Mass Killer: A National Initiative.  Fiscal
Year 2010 Appropriations through the John C. Murtha Institute of
Homeland Security, September 2009.


RESEARCH AND PUBLICATIONS

McCauley, R. Paul, Barker, William F., Ph.D., Boatman, James VMD,
Goel, Vineet, Ph.D., M.D., Short, Thomas H., Ph.D., Zhou, Feng ,
Ph.D. The Police Canine Bite:  Force, Injury, and Liability.
Criminal Law Bulletin, Volume 46, Number 1. (2010)

_____, Police Vehicle Pursuits of Fleeing Pedestrian Suspects.
Accepted Police Forum: Academy of Criminal Justice Sciences,
Police Section, Volume 19, Number 3, August 2010.

_____, Cawley, John P., Johnson, Thomas G. Sutton, William C. A
Model Policy and Best Practice-Search Warrant Alert Medical
Procedure (SWAMP): Police and Emergency Department Joint
Response. Illinois Law Enforcement Training and Standards Board--
Police Best Practices Vol. 9, No. 4 October 2009. pp. 1-16.

_____. When Security Fails Can People be Trained to Collectively
Attack a Mass Killer: A Question Raised by Flight 93 and Virginia
Tech.  Submitted to Security Management: American Society for
Industrial Security, July 2008.


_____, and Lawrence Claus.  Police Use of Force: States
Inconsistent with Established Constitutional Law.  Criminal Law

Bulletin, Volume 43, No. 5, Winter, 2007.

_____ . Police Custody as a System and Unified Policy: Best Practices for Reducing Officer and Prisoner Risks of Injury and Death. Law Enforcement Executive Forum. Illinois Law Enforcement Training and Standards Board. Vol. 7, No. 1, January 2007. pp. 103-117.

Research Consultant to National Institute of Justice Grant, _ Identifying Correlates of Police Deviance:  An Empirical Study of Police Corruption and Brutality in New York 1975-1996. Principal Investigators James J. Fyfe and Jack Greene, Temple University. 1997-2004. Final report to United States Department of Justice, National Institute of Justice as, Fyfe, James and Kane, Robert. Bad Cops: A Study of Career-Ending Misconduct Among New York City Police Officers. 2005.

Evaluation/Assessment, National McGruff House Program.  Salt Lake City Utah.  1989.

Biographic research on Sir Leon Radzinowicz 1935-1985 for series produced by WQED-TV Pittsburgh.  $4,000 pilot for proposed $250,000 project. 1985.

Cited Congressional Record #153.  Senator Patrick Daniel Moynihan, Subcommittee on Crime, 98th Congress, 2nd Session, "Armor Piercing Ammunition and Criminal Misuse of Machine Guns and Silencers, May 17, 1984, p. 15.

University of Cambridge England, Clare College, England. Research proposal in General/Specific Deterrence.  Accepted research agenda for M.Phil. degree, 1980 for advanced post doctoral degree.

McCauley, R. Paul, "A Four Year Study of Correlation Between the School and College Ability Test (SCAT) and Student Grades for the Southern Police Institute, Administrative Officers Course (AOC) August 20, 1973-November 19, 1976." Unpublished research report, University of Louisville, 1977.

Snarr, Richard W. and R. Paul McCauley, Minority Recruitment Manual for Ohio Officers, Ohio Peace Officers Training Academy, London, Ohio, 1978 (monograph).  Sponsored by Administration of Justice, Department of Economic and Community Development, Grant #76-IC-A02-0006.

McCauley, R. Paul, "A Plan for the Implementation of a Statewide Regional Police System," unpublished dissertation for

the Doctor of Philosophy Degree in Criminal Justice
Administration, Sam Houston State University, 1973.

_____, Co-author, <u>Chesapeake Minority Recruitment and Manpower
Development Project:  An Evaluative Report,</u> Chesapeake Virginia
Division of Police, 1975 (monograph).  LEAA, Discretionary Pilot
"O" Funds Grant #73-DF-03-0012.

_____, "Public Hostility Directed Toward the Police Uniform in
the Investigation of a Domestic Disturbance," unpublished thesis
for the Master of Science Degree, Eastern Kentucky University,
1971.

_____, <u>Police Evaluation in the Commonwealth of Pennsylvania,</u>
monograph, Governor's Crime Commission, Commonwealth of
Pennsylvania, 1967.

1970-71.  Research Assistant to Dean Robert Posey: 1973-82
consultant and advisor (Southern Police Institute representative)
to IACP Task Force on national minimum police standards and
police accreditation which resulted in the Commission on
Accreditation of Law Enforcement Agencies (James V. Cotter, Ex.
Dir.)

1966-69.  Highspire Police Training Officer/Captain assigned to
Police Research Grant coordinated by Dr. Vern Foley and Lt. Col.
John Grosnick, Pennsylvania State Police:

1973-1974 Consultant/Advisor Pennsylvania State Minimum Police
Training Standards Task Force which was responsible for Act 120,
June 18, 1974.  (PA. Became the 36th state to enact such
standards).

<u>Technical & Research Reports</u>

McCauley, R. Paul.  <u>Police Custody as a System and Unified
Policy:  Best Practices for Reducing Officer and Prisoner Risks
of Injury and Death.</u>  Center for Research in Criminology, Indiana
University of Pennsylvania.  Concepts and Issues, 10-06.

_____ and Lawrence Claus.  "Police Use of Force: The Pennsylvania
Statute is Contrary to Established Constitutional
Law."  <u>Criminology Research Center,</u> Indiana, University of
Pennsylvania, November 2004.  See, also, *Criminal Law Bulletin*,
Volume 43, Winter, 2007.
_____, <u>Memorandum of Inquiry Regarding the Resignation of Police
Chief Ogden and Related Issues.</u>  Printed, distributed and

presented to public in open Council, Indiana, Borough, May 2000.

_____, contributor <u>Science, Technology, and the Constitution in the Age of Information:  New Technologies for Criminal Justice</u>. Congress of the United States, Office of Technology Assessment. OTA-CIT 336, May 1987.

Cassaro, Michael A., R. Paul McCauley.  <u>A Test of Selected Riot Helmets for the Jefferson County Police Department.</u>  SEMPAS, January 1981, Technical Report.

Cassaro, Michael A., R. Paul McCauley, et al.  <u>Building Fire Inspector Training Manual,</u> Commonwealth of Kentucky, September 1980.

Cassaro, Michael A., Harry Keeney, R. Paul McCauley.  <u>Strengths of Security Glass Panels for Jefferson County:  Report of Glass Analysis and Recommendations for Improved Jail Security.</u> Louisville, Kentucky.  SEMPAS, November 1979 (technical report).

McCauley, R. Paul, <u>Crime Analysis,</u> The National Crime Prevention Institute, Louisville, Kentucky, 1975 (monograph).

## Professional and Media Publications

<u>IUP Talks</u> with Host Dr. Mary Beth Leidman. "Virginia Tech and Workplace Security," May 3, 2007.  WIUP-TV Davis Hall, Indiana University of Pennsylvania.

McCauley, R. Paul.  "The Use of Force and High Intensity Tactical Police Flashlights (HITPF: Policy Concerns." <u>FBI Law Enforcement Bulletin</u>, November 2005.

_____.  "High Intensity Tactical Police Flashlights (HITPF) and the Use of Force: Policy Concerns."  Pennsylvania Chiefs of Police Association. <u>Bulletin</u>, Vol. 104 - Issue 2, Summer 2004, pp. 26-28.

_____, <u>Police Vehicular Pursuits of Pedestrians (PVPOP): A Pursuit, Emergency Operation, and Use of Force Issue.</u> Law Enforcement News, Vol. XXVI, Nos. 525, 526, Jan.2000.

_____, <u>Crime in Your Parking Lot</u>. Western Pennsylvania Retail Merchants' Association. September 1993. (Published in one or more newspapers and retail trade publications).
_____, " A Funeral Director or an Appropriately Attired Carjacker?," Pennsylvania Chiefs of Police Association.

Bulletin, Vol. LXIII, No. 2, Summer 1993, p-26. (Omitted in Table of Contents.)

_____, "Operational Control of Ninja Cops", Law Enforcement News. April, 1992.

_____, Steven M. Edwards.  "More Bullets - More Risks?  Concerns with the Adoption of a High Capacity Handgun for Law Enforcement Officers."  Pennsylvania Chiefs of Police Association.  Bulletin, Vol. LVIV., No. 2, Spring/Summer 1990.  Reprinted California Peace Officers' Association, Journal of California Law Enforcement, Vol. 24 No. 2, August 1990.

_____, "The Need for a Written Philosophy of Higher Education, Education, Vol. 108 No. 1 Fall 1987.

_____, Crime and the Careful Vacationer.  Pittsburgh Post Gazette.  June 6, 1984.

_____, in George Gallop.  America Wants to Know, New York, A & W Publishers, Inc. 1983.  (Invited by Dr. George Gallop).

_____, J. Chalmers.  "Urban Crime Density Analysis for Productive Resource Response."  Vol. 9, No. 3, Journal of Police Science and Administration.  September 1981.

Cassaro, Michael A., Harry Kenney, R. Paul McCauley. "Criteria for Correctional Managers in Selecting Security Glass: Architectural, Legal, and Procedural Implications," Corrections Today, Vol. 42 No. 2, August 1980.

McCauley, R. Paul, "Adapting Contemporary Business Concepts to Security," Security Management, Vol. 22, No. 1, January, 1978.

_____, "Crime Analysis: The Important First Step," NCPI Hotline, February-March 1978.

_____, "Zero-Based Security (ZBS):  An Extension of Security by Objectives," Security World, Vol. 14, No. 7, July 1977, pp. 40-41.

_____, Donald T. Shanahan, "Scientific Inquiry for Police Administrators," Vol. XLIV, No. 8, Police Chief, August 1977.

_____, "Improving Bank Security Administration:  A Question of Training," Bank Security Report, Bankers' Magazine, 870 Seventh Avenue, New York, New York, 1976.

_____, Data Analysis Aids in Crime Detection, "Newsletter, Vol. IV, No. 4, October 1976, LEAA, Washington, D.C. 20531.

_____, et al., "Application of Computer-Assisted Instruction to a Police Administration Curriculum, "Vol. XLII, No. 10, The Police Chief, October 1975, pp. 44-48.

_____, "The Man Behind the Badge," weekly series published by The Middletown Press and Journal, Middletown, Pennsylvania. Discussed contemporary police problems, 1967-69.

_____, "An American View of the British Police," The Police Journal, Vol. XL, No. 12, December 1967, Butterworth Publishers, London, England, pp. 567-570.

### Books and Chapters in Books

Johnson, Kathrine, Brian Payne, R. Paul McCauley, Policy Dimensions of Criminal Justice, Cincinnati, Ohio, Anderson Publishers.  Contracted/terminated.

Co-author with Waldron et al, The Criminal Justice System:  An Overview, Boston, Massachusetts, Houghton-Mifflin, 1976. 2nd ed. 1980; 3rd ed. 1984; 4th ed. 1989 New York.  Harper & Row Publisher.

McCauley, R. Paul, "The Role of Crime Analysis in Developing Rural Crime Prevention Programs" in Sociology of Rural Crime. Osman Publishing Company.  1980.

_____, "A Conceptual Paradigm for Systemic Criminal Justice Higher Education," in Criminal Justice Education, U.S. Office of Education. 1980.  (not verified)
_____, "On Community-Based Corrections," in The Administration of Justice System, Holbrook Press, Inc., 1977.

### Journal, Book, and Manuscript Reviews

_____, Review, *American Policing: Critical Thinking for a New Age.  Propos*al for Wiley-Blackwell Publishing.  To be Written by Jack R. Greene, Ph.D., former Dean, Northeastern University.

_____, Review, L. Edward Wells and David Falcone. "Organizational Variations in Vehicle Pursuits by Police: The impact of Policy on Practice."  February 1994 for the Criminal Justice Policy Review. To be published in Vol. 6, No. 4.



_____, Review, L. Edward Wells and David Falcone. "Organizational Variations in Vehicle Pursuits by Police: The Impact of Policy on Practice." February 1994. <u>The Criminal Justice Policy Review.</u>

_____,Review, Diane Fishbein <u>Nutrition and Anti-Social Behavior,</u> Rand Corporation, Santa Monica, CA Fall 1987.

_____, Review, Charles D. Hale, <u>Police Patrol: Operations and Management,</u> New York, John Wiley & Sons, Inc., 1980.

_____, Review Alan A. Malincheck, <u>Crime and Gerontology,</u> Englewood Cliffs, N.J., Prentice-Hall, 1980. Review presented to "Bookviews," Spaulding College Library, 21 October 1980.

_____, Review, Cassidy R. Gordon, Ronald E. Turner, "Criminal Justice System Behavior," May 10, 1977 for <u>Journal of Behavioral Sciences.</u>

_____, Review, Keve, Paul, <u>Corrections Today,</u> New York, John Wiley& Sons, Inc., 1979.

(plus 200 additional reviews of books, chapters, and professional papers 1995-2010).

## Papers to Professional and Learned Societies

McCauley, R. Paul. <u>The Future of Policing in a Changing World.</u> Lecture to Faculty and students of the College of Social Sciences, Kyonggi University, Gyeonggi-do, Korea, October 5, 2007.
_____, <u>Issues in Canadian Policing</u> (Public Police and Private Security.) Pennsylvania Studies Consortium Annual Meeting, Indiana University of Pennsylvania, March 24, 2007.

_____, <u>Police Custody as a System and Unified Policy: Best Practices for Reducing Officer and Prisoner Risks of Injury and Death. Law Enforcement Executive Forum</u>. Academy of Criminal Justice Sciences, Seattle, WA, March 15, 2007. Invited and delivered to Asian Association of Police Studies, Seoul, Korea, October 2, 2007

_____, Chair, <u>Decision Making and Discretion in Law Enforcement.</u> Panel/Event #134 Academy of Criminal Justice Sciences, Seattle, WA, March 15, 2007.



\_\_\_\_\_, Lawrence Claus.  Police Use of Force: The Pennsylvania Statute is Contrary to Established Constitutional Law. Academy of Criminal Justice Sciences, Baltimore, MD.  March 2, 2006.  (Delivered by R. Paul McCauley)

\_\_\_\_\_, Lawrence Claus.  Police Use of Force: The Pennsylvania Statute is Contrary to Established Constitutional Law. Academy of Criminal Justice Sciences, Baltimore, MD, March 2, 2006.\_\_

\_\_\_\_\_, The Daubert Response. American College of Forensic Examiners--Waldorf Astoria, NY, November 1999.

\_\_\_\_\_, The Pittsburgh, Pennsylvania-United States Department of Justice Consent Decree:  The Role of Auditor.  Academy of Criminal Justice Sciences, Albuquerque, NM, March 1998.

\_\_\_\_\_, Preventing Violent Crime in Open Commercial Areas:  The Role of Visible Security Presence at Parking Lot Perimeter Boundaries.  Academy of Criminal Justice Sciences, Boston, MA. March 1995.

\_\_\_\_\_, As the Police Go, So Goes Security: Concerns About High Capacity Handguns for Security. Academy of Criminal Justice Sciences, Nashville, TN.  March 1991.

\_\_\_\_\_, Steven M. Edwards, Concerns with the Adoption of a High Capacity Handgun for Law Enforcement Officers:  More Bullets - More Risk? American Society of Criminology, Baltimore, Maryland, November 1990.

\_\_\_\_\_, National McGruff House Program:  Preventing Crime and Facing Civil Litigation.  Academy of Criminal Justice Sciences, Denver, Colorado, March 1990.

\_\_\_\_\_, Pussy Machines, Cashboxes and Other Money Changers:  Argots of the Criminal Ecology of Placing and Supervising the Automatic Teller Machine (ATM) Users Against Violet Crimes. Academy of Criminal Justice Sciences. Washington, D.C., March 28, 1989.

\_\_\_\_\_, Security and Police Negligence Litigation:  The Australian Experience.  Academy of Criminal Justice Sciences, San Francisco. April 1988.

\_\_\_\_\_, The Duty to Protect:  The ATM.  Pittsburgh Chapter, American Society for Industrial Security.  September 1987.



_____, <u>Women in Policing.</u>  Panel Chair, Annual Meeting Academy of Criminal Justice Sciences, Las Vegas, Nevada.  April 1985.

_____, <u>Crime and Third Party (Management) Liability Criminological Considerations.</u>  Paper presented to the Academy of Criminal Justice Sciences, Chicago, March, 1984.

_____, <u>The Police Corps:  Criminological Considerations</u>. Round table.  Academy of Criminal Justice Sciences, Chicago, March, 1984.

_____, <u>The Police Corps:  A Response to the Police Problem or to the Crime Problem.</u>  Paper presented to the American Society of Criminology.  Denver, November 1983.

_____, <u>The Art of Helping:  The Mentor-Protege Model as a Humanistic Management Approach for Reducing Employee Theft.</u>  Paper to the Association for Humanistic Sociology, Louisville, Kentucky, 9-12 October 1980.

_____, "The Scientific Method" in <u>Law Enforcement Management Skills for the 80's":  Scientific, Humanistic, or Political.</u>  Southern Police Institute, University of Louisville, pp. 28-46. (monograph).  1980.

_____, J. Chalmers.  <u>Urban Crime Density Analysis for Productive Resource Response.</u>  A paper delivered to the Academy of Criminal Justice Sciences, (dated) September 3, 1979.

_____, Equitable Crime Insurance:  An Issue in Administering Justice," a paper delivered at the Academy of Criminal Justice Sciences (annual international assembly) New Orleans, Louisiana, March 1978.

_____, "Data:  The Essence of Loss Prevention and Profit Retention," a paper presented at the International Business Machine Loss Prevention Workshop, National Crime Prevention Institute, May 23-26, 1977.

_____, <u>Scientific Inquiry for Police Administrators,</u> Southern Police Institute, University of Louisville, Louisville, Kentucky, 1976.

_____, "Police Planning in Contemporary Society," a paper presented to the Louisville-Jefferson County Crime Council, February 1974.

## Community Services and Presentations

More than 100 presentations and consultations to community service organizations including, Rotary, Lions Club, AARP, Kiwanis, Retail Merchants, Pennsylvania Association of Retired State Employees, Fraternal Order of Police, NAACP, Central Pennsylvania Council of Credit Unions and others.

## Media Productions and Consultations

Advisor/Researcher - ABC News 20/20 segment, "Insert Card But Beware" (ATM related violent crime) broadcast August 12, 1988.

McCauley, R. Paul, Robert Mutchnick.  Video Publications. Criminology:  Conversations with the Masters.  Sir Leon Radzinowicz March 85.  (Pilot for proposed $250,000 NEH grant proposal). Produced by WQED Pittsburgh.

## Instructional Learning Aid Developed

McCauley, R. Paul, "Relative Structural Depth: The Organizational Dimension," a paper presented to the Southern Police Institute, Administrative Officers Course, 1975.

Developed the Organizational Third Dimension Instructional Aid. Internal funding $1,500.00 (Built by the University Physics workshop U. of Louisville).

## Patents

Patent Board University of Louisville presented with detailed specifications for a device designed, built, and tested by M.A. Cassaro and R. Paul McCauley.  The device is designed to deliver a precise force to a precise point on a piece of glazing material with the degradation of the material recorded-charted.  The device was tested before a committee of ASTM.

Patent #5,123,137 awarded by United States Patent Office, 1992 for Universally Adjustable Cleaning Device for Opposing Surfaces. Registered Trademark received.

## Expert Testimony in Courts of Law

I have provided expert testimony or depositions in civil and/or criminal litigation in more than 30 states and Canada and provided expert consultation to courts in chambers, in the States of Ohio, Illinois, Virginia, Texas, Indiana and the U.S. District

Courts in Virginia and Ohio.

Amicus Curiae Brief in proper format (not in support of either party submitted late and is not published on Court docket) and submitted as a letter to the Supreme Court of the United States, March 2007, In the matter of <u>Timothy Scott v. Victor Harris</u>, No.05-1631.  Police use of deadly force by vehicle during high speed pursuit with implications for using deadly force by firearms in police pursuits.

<u>FULBRIGHT LECTURESHIP SUMMARY:  AUSTRALIA 1987</u>

<u>Presentations to Faculty and Learned Societies</u>

McCauley, R. Paul, <u>The Academic Criminologist as an Expert Witness,</u> Legal Studies and Criminology Faculty - Latrobe University, 24 July 1987.

_____, <u>Police Negligence:  U.S. 42, 1983 Civil Rights Litigation,</u> Criminology Faculty - Melbourne University, 27 July 1987.

_____, <u>Industrial Criminology:  Its Place in Higher Education,</u> School of Business Faculty - Phillip Institute of Technology, 29 July 1987.

_____, <u>Crime in the Workplace:  The Role of the Criminal Justice System as Medium for Making and Promoting Corporations as Socially Responsible Citizens,</u> School of Community Studies - Phillip Institute of Technology, 19 August 1987.

_____, <u>2,000 More Police for Victoria:  Criminological and Managerial Implications:  Facts & Myths (Special Addition to Program),</u> The Australian and New Zealand Society of Criminology, 26 August 1987.

_____, <u>The Philosophy of Labor - Cost or Investment - As Foundation of Corporate Criminality and Loss,</u> Canberra Institute of Criminology Faculty/Student Colloquium, 12 & 13 August 1987.

<u>Professional and Industrial Presentations</u>

McCauley, R. Paul, <u>Security Component Manufacturers Do Not Make a Security Industry:  The Challenge and the Opportunity,</u> ASIAL - The Australian Security Industry Association - Trade Fair Keynote Session, 22 July 1987.



_____, Excessive and Deadly Force Issues for the Users of Security Services, Victoria Security Institute, 5 August 1987.

_____, The Crime Problem and the Police Problem:  Police Executives Must Manage Both.  (After discussion address Media Panel discussion), Victoria Police Club, 6 August 1987.

_____, The CPP:  A Certification to Perpetual Mediocrity, American Society of Industrial Security, Australian Chapter, 11 August 1987.

_____, Topic not announced, closed to public, Victorian Chief Commissioner of Police and Command Officers Conference, 17 August 1987.

_____, The Personnel Managers Role in Corporate Crime, Australian Association of Personnel Officers - Dorchester Hotel, 19 August 1987.

_____, The Criminal Justice Education Experience in the United States, Australian Association of Criminal Justice Education: Paper and Panel Discussion, 27 August 1987.

_____, Security Malpractice:  Issues of Liability and Negligence, Institute of Security Management, 27 August 1987.

Consultations

_____, Christopher Thomas, Egon Zehnder International, Search Organization for Victoria Police Chief Commissioner, 6-7 August 1987.

_____, The National Police Research Institute, Adelaide, 12-14 August 1987.

Student Lectures, Colloquium

McCauley, R. Paul, Systems Theory and the Police, Series Lecture I Criminal Justice Administration, 22 July 1987.

_____, Crime in the Workplace:  The Personnel Function, Personnel Management - First Year, 27 July 1987.

_____, Quantitative and Qualitative Discussions of Security in Search of Philosophy, Security Management - Diploma, 28 July 1987.

_____, Leadership not Management as Key to Corporate Crime



Reduction, Business Administration - First Year, 29 July 1987.

_____, The Criminal Justice System is Unprepared for Corporate Crime, Criminal Justice Administration Community Studies - Degree Program, 3 August 1987.

_____, Social and Legal Responsibilities of Corporations in the Control of Street Crime and in the Advancement of the Crime Control Model:  Does the Convenience Store Need to be Ft. Knox or Just a Source of Financial Compensation, Legal Studies - Latrobe University, 4 August 1987.

_____, The Courts: Fulcrum of Dysfunction, Series Lecture II Criminal Justice Administration, 5 August 1987.

_____, Police in Private Sector Crime, Criminal Justice Administration Community Studies - Degree Program, 8/10/87.

_____, Crime in the Workplace:  The Personnel Function, Industrial Relations:  Post Graduate, 11 August 1987.

_____, Crime in the Workplace:  The Personnel Function, Industrial Relations:  Post Graduate, 17 August 1987.

_____, Crime in the Workplace:  The Personnel Function, Industrial Relations:  Post Graduate, 18 August 1987.

_____, Police Negligence:  Third Party Litigation - Tort Law as Influence of Police Behavior and Operational Policies, Legal Studies, 20 August 1987.

_____, Leadership not Management as Key to Corporate Crime Reduction, Business Administration - First Year, 20 August 1987.

_____, Corrections:  The Product of Judicial Sentencing and its Conflict with Social Values, Series Lecture III - Criminal Justice Administration, 26 August 1987.

Media Interviews

| 21 July | 3DB Radio | Pre-Recorded |
| 21 July (Live) | 3AW Radio | Murray Nichols Show |
| 22 July | Associated Press | Debra Stone |

| 22 July | Herald | Vicki Kyriakopoulos |
| 24 July | Sun | Paul Conroy |
| 27 July | Canberra Times | John Townsley |
| 28 July | Photographic Sessions for National Media, Arranged by | John French The Age Peter Mayoh Canberra Times |
| 30 July | Radio New Zealand-Wellington | Paddy O'Donnell |
| 5 August | National Television Coverage & Press Conference, | Media Services, Phillip Institute of Technology Bundoora |

## ADDENDUM

Attended Public Violence – Active Shooter Training (Police, Security, Schools, and Workplace) Health and Human Services Subcommittee--LTC Dave Grossman, April 11, 2012.

McCauley, R. Paul.  *When Police Shoot and Miss: The Empire State Shooting.*  August 27, 2012.   (Wire Service)

Publisher's Proposal Review of Greene, Jack R. and Cordner, Gary W.  *Handbook on Policing and Social Control:  Modern and International Perspectives:* Wiley-Blackwell, September 2012.

Member SPC.2 Standards Technical Committee (Developing *ANSI/ASIS Auditing Management Systems for Risk, Resilience, Security and Continuity*) October 4, 2012.

McCauley, R. Paul.  *Campus Law Enforcement:  Role Conflict and Ambiguity as Foundations for Mismanagement, Ineffective Leadership, Deviant Culture, and Liability; Finding Solutions in the Basics.  A* White Paper to the Pennsylvania State System of Higher Education, January 2013.

Recipient, American Society for Industrial Security *Quarter Century of Service* certificate, February 2013.

Completed Utah and Arizona states' Concealed Carry Weapons training course, Dubois, PA, February 23, 2013.

Presentation *Police (security) Practices* to Chester County, PA Bar Association, Civil Rights Committee, February 28, 2013.

The BBC.  Escapes from Police and Prisons.  March 18, 2013.
   Interviewed by Tara McKelvey.

Guest speaker, Pittsburgh Chapter, American Society for
   Industrial Security (ASIS) *Returning to the Basics for Answers
   to Security Problems* April 19, 2013.

July 2013, Milton Hershey School (MHS).  Private Security-Safety
   and Public Law Enforcement Consultant (On-going agreement).
   The MHS is a residential multi-campus, Pre K-12, coeducational,
   tuition free school with approximately 1,800 students and 1,200
   employees covering approximately 10,000 acres/14 square miles.
   Founded in 1905, its trust/endowment is approaching $12
   billion.

Attended <u>School Shooter Training</u> and Human Services
   Subcommittee—Homeland Security, Homer Center H.S., August 7,
   2013.

More than 15 media interviews including News 4, WIVB, Buffalo by
   Rose Ciotta, police excessive force video reviewed, April 28,
   2014.

National Criminal Justice Reference Service (NCJRS) granted
   Electronic Publications rights (2014) for McCauley, R.P. and J.
   Chalmers.  "Urban Crime Density Analysis for Productive
   Resource Response."  Vol. 9, No. 3, <u>Journal of Police Science
   and Administration.</u>  September 1981.

Prevention Point Pittsburgh (PPP) Overdose Prevention Program
   (OPP) <u>First Responder Opiate Overdose-Narcan Training</u>, January
   10, 2015, Blairsville, PA

Presentation/Speaker, January 19, 2015, Indiana Rotary Club.
   Emotionally disturbed persons, use of force, training, and less
   lethal weapons.  Proposed Rotary sponsored county-wide law
   enforcement training and ECW procurement

Panelist, Indiana County NAACP. *Fostering Improved Relationships
   Between Law Enforcement and Minority Communities:  A Community
   Police Forum with Chief William Sutton and Friends,* February
   18, 2015.

McCauley, R. Paul.  Past President Academy of Criminal Justice
   Sciences.  Submitted written testimony to the *President's Task
   Force on 21ˢᵗ Century Policing.*  Draft Report published March

2015.

McCauley, R. Paul. *Unambiguous Policies/Directives are Basic and Prerequisite to Effective Use of Force Training Content and Methods.* Submitted to Police Executive Research Forum (PERF) For <u>Re-Engineering Use of Force Training</u>; Washington DC, Conference May 7, 2015

U.S. Department of Justice, Special Litigation Section, Civil Rights Division, *Baltimore Community Outreach Meetings*, my written response to invitation to December 14, 2015 meetings (unable to attend).

Interview, *Race and Police Violence in America* with Jessica Otoboni, International Desk O Estado de S. Paulo, Brazil 12-15-15.

Office of the District of Columbia Auditor. *The Durability of Police Reform. The Metropolitan Police Department and the Use of Force: 2008-2015* (January 26, 2016). Police leadership contributor-respondent.

Response, February 2, 2016, to Police Executive Research Forum. *Use of Force: Taking policing to a Higher Standard; 30 Guiding Principles.* January 29, 2016.

Law enforcement expert in a mock trial Re: <u>Gabriel Gonzalez vs. Waterbury Police Department, et al</u>. United States District Court District of Connecticut No.: 3:12 CV 00478 (JRU), via video conference February 12, 2016.

Federal Emergency Management Agency (FEMA) *Active Shooter Orientation* (student-attendee with critical response). Indiana University of Pennsylvania Police Department, Feb. 25, 2016.

Member, Indiana University of Pennsylvania, College of Health and Human Services, Dean's Advancement Council (Police/criminal justice safety systems with nursing, safety science, labor relations, and criminology departments), April 22, 2016.

Use of Force Leadership Forum. Justin Boyes, Conference Director, Financial Research Associates, LLC, Coral Gables, FL. Agenda Critique, Comments, and Suggestions, April 27, 2016.

Mack Foundation. Security-police planning for Mack Park/Indiana County Fair and other special events. May 12, 2016.

Participant, International Association Chiefs of Police (IACP) Webinar-On-line conference (Members only) with President Chief Cunningham and Executive Director Talucci: *Current Law Enforcement Environment - The Last Two Weeks and Where We Go From Here*, July 18, 2016.

Four (4) Media Interviews regarding Cleveland Police services at RNC. July 22-23, 2016. See as example, www.pennlive.com/news/2016/07/cleveland_police_praised_after.html#

January 3, 2017, petitioned the Criminology faculty at Indiana University of Pennsylvania to award Pennsylvania State Trooper Landon Weaver, who was killed in the line of duty and an IUP Criminology honor student, his bachelor's degree posthumously.

University of Pittsburgh Law School Class in a Federal Courtroom. Direct and Cross Examination of an expert. Co-Faculty U.S. Magistrate Judge Lisa Lenihan and Attorney Alexander Lindsay, Jr. March 22, 2017

Carnegie Hero Fund Commission. Advisor-resource person. When does police/law enforcement officer duty performance become heroic—assessment criteria, July 2017.

Police Executive Research Forum. Proposed topic, with research outline, for October 2017 Town Hall meeting in Philadelphia, "When Police Officers are Taken Hostage:" need for enhanced policies, procedures, and training.

Interview with Rebecca Addison, Pittsburgh City Paper. Police use of force and the police culture, September 25, 2017

Re-certified as a police instructor by the Pennsylvania Municipal Police Officers Education and Training Commission, temporary February 8, 2018, full approval, March 15, 2018.

Consultation with Indiana Area School District Board in Executive Session—School Security, April 9, 2018.

Police Executive Research Forum. Proposed topic, with commentary for May 2018 Town Hall Meeting in Nashville, TN. *"Opioids and In-custody Deaths-Not Sleeping It Off-" Need for enhanced policies, procedures, and training.* April 17, 2018

Live interview (Skype) with Luke Moretti and Daniel Telvock, WIVB-TV 4 Buffalo, NY  Autistic college student progressive misconduct as predictor of violence.  Private college campus security and police best practices.  May 7, 2018

Municipal Police Academy class certified instruction: in-custody death—residential welfare -safety checks.  Quality care (Protect and Serve) "safety checks" during arrest, transportation, and lock-up.  Opioids overdose with alcohol masking.  May 16, 2018.

Elyssa Cherney, Chicago Tribune Review interview—Illinois State Law requiring security firms to report all security officers' firearm discharges and a training-reporting  exemption. August 23, 2018

McCauley, R. Paul.  <u>A Different View of the Challenge Facing the Catholic Church [the rotten barrel remedy]</u>.  A paper submitted to the six Pennsylvania dioceses, the Arch-Diocese of Washington, DC, and the Vatican, in response to the Pennsylvania Attorney General's August 2018 report of the Grand Jury Investigation into *Child Sex Abuse by Catholic Priests in Six Pennsylvania Dioceses*, October 8, 2018.

**(Revised: January 2019)**