UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN J. SMITH, JR.,** | : |
| Plaintiff, | :      **C.A. No.: 3:17-CV-30078** |
| | : |
| v. | : |
| | : |
| **THE CITY OF HOLYOKE, OFFICERS** | : |
| **JAMES PARNELL, CRYSTAL MANZI,** | : |
| **SAMUEL DELVALLE AND MSP TROOPER** | : |
| **THIAGO O. MIRANDA,** | : |
| | : |
| Defendants | : |

## JOINT MOTION FOR ENTRY OF DISMISSAL AND FINAL JUDGMENT OF DISMISSAL
## (AS TO PLAINTIFF'S CLAIMS AGAINST THE CITY OF HOLYOKE, OFFICERS JAMES PARNELL, CRYSTAL MANZI AND SAMUEL DELVALLE ONLY)

Defendants The City of Holyoke, Officers James Parnell, Crystal Manzi and Samuel Delvalle joined by Plaintiff John J. Smith, Jr. hereby request entry of an order of dismissal with prejudice of Plaintiff John J. Smith, Jr's. claims asserted in all counts of this action against The City of Holyoke, Officers James Parnell, Crystal Manzi and Samuel Delvalle only. As grounds for this motion, Plaintiff John J. Smith, Jr. has agreed to dismiss with prejudice all claims brought by him against The City of Holyoke, Officers James Parnell, Crystal Manzi and Samuel Delvalle. (a proposed Order of Dismissal is attached to this motion)

Defendants The City of Holyoke, Officers James Parnell, Crystal Manzi and Samuel Delvalle joined by Plaintiff John J. Smith, Jr. hereby further request entry of final judgment of dismissal

1

pursuant to F.R.C.P Rule 54(b). There is no reason to delay entry of final judgment because the remaining defendant has brought no crossclaim against The City of Holyoke, Officers James Parnell, Crystal Manzi and Samuel Delvalle. Ending the action against The City of Holyoke, Officers James Parnell, Crystal Manzi and Samuel Delvalle reduces the parties' costs and fees and narrows the issues for a quicker and more efficient disposition at trial.

Wherefore, Defendants The City of Holyoke, Officers James Parnell, Crystal Manzi and Samuel Delvalle joined by Plaintiff John J. Smith, Jr. request entry of dismissal with prejudice and final judgment of dismissal as set forth above.

Respectfully submitted,

/s/ Charles J. Emma, counsel for the Defendants
City of Holyoke, James Parnell and Samuel Delvalle
Charles J. Emma BBO # 542126
PO Box. 510040
Punta Gorda, Florida 33951
CharlesEmmaLaw@gmail.com
Phone: (413) 297-6367
Dated:     8- 16-21

/s/Austin M. Joyce, counsel for Defendant Crystal Manzi
Austin M. Joyce, Esquire BBO #255040
Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace, Worcester, MA.01609
ajoyce@rja-law.com
Phone: (508)-754-7285
Dated: _____

John J. Smith, Jr. By his Attorneys,

_Isl_ Timothy Kotfila
Timothy Kotfila, Esq. BBO#600633
_Isl_ Richard Jordan
Richard Jordan, Esq. BBO#564502
KOTFILA & JORDAN
One Monarch Place, Suite 1340
Springfield, Massachusetts 01144
Email: Kotfilajordan@gmail.com
Phone: 413-736-0077 / 413-781-5399
Fax: 413-736-3300
Dated: August 16, 2021

## CERTIFICATE OF SERVICE

[For: JOINT MOTION FOR ENTRY OF DISMISSAL AND FINAL JUDGMENT OF
DISMISSAL (AS TO PLAINTIFF'S CLAIMS AGAINST THE CITY OF HOLYOKE, OFF
JAMES PARNELL, CRYSTAL MANZI AND SAMUEL DELVALLE ONLY)]

I, Charles J Emma, as attorney for the Defendants CITY OF HOLYOKE, Officer JAMES
PARNELL and Officer SAMUEL DELVALLE, do hereby certify that on _8-24-21_ served
the forgoing by filing through the ECF system and notice will be sent electronically to the
registered participants as identified on the notice of electronic filing (NEF).

/s/ Charles J. Emma
Charles J. Emma, Esq. BBO # 542126
PO BOX 510040
Punta Gorda, Florida 33951
413-297-6367
CharlesEmmaLaw@gmail.com

3